AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Connecticut  ▾

|  |  |
|---|---|
| United States of America<br>v.<br><br>JAMES SCHWAB | )<br>)<br>)<br>)<br>)<br>)<br>) |
| _Defendant(s)_ |  |

United States District Court
District of Connecticut
FILED AT BRIDGEPORT
January 27 _____ ,20__ 25

By _Abby Bociek_____
Deputy Clerk

Case No.  3:25mj69(SDV)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  August 15, 2024 to August 26, 2024  in the county of  Fairfield and elswehere  in the

_____ District of  CT and elsewhere  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Sec. 2 | Aiding and Abetting |
| 18 U.S.C. Sec. 371 | Conspiracy |
| 18 U.S.C. Sec. 1201 | Kidnapping |
| 18 U.S.C.  Sec. 2119 | Carjacking |

This criminal complaint is based on these facts:

See Affidavit of Matthew Loucks

☑ Continued on the attached sheet.

MATTHEW
LOUCKS

Digitally signed by
MATTHEW LOUCKS
Date: 2025.01.25
13:28:38 -05'00'

_Complainant's signature_

Special Agent Matthew Loucks, FBI

_Printed name and title_

Attested to by the Complainant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on:

Date:  1/25/25

S. Dave Vatti

Digitally signed by S.
Dave Vatti
Date: 2025.01.25
13:41:09 -05'00'

_Judge's signature_

City and state:  Bridgeport, CT

Hon. S. Dave Vatti, United States Magistrate Judge

_Printed name and title_