UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FEB 25 2025 PM5:07
FILED-USDC-CT-NEW HAVEN

Grand Jury N-24-2

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 3:25CR____ (   ) (   ) |
| v. | VIOLATION: |
| JAMES SCHWAB | 18 U.S.C. § 1201(c) (Conspiracy to Commit Kidnapping) |

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
(Conspiracy to Commit Kidnapping)

1. Beginning in or about August 2024 and continuing until at least August 25, 2024, the exact dates being unknown to the Grand Jury, in the District of Connecticut and elsewhere, defendant JAMES SCHWAB, along with others known and unknown to the Grand Jury, did unlawfully, knowingly, and intentionally combine, conspire, confederate, and agree together and with others known and unknown to the Grand Jury to violate Title 18, United States Code, Section 1201.

2. It was a part and an object of the conspiracy that defendant JAMES SCHWAB and others known and unknown to the Grand Jury did themselves or did cause others to unlawfully, knowingly, and willfully seize, confine, inveigle, decoy, kidnap, abduct, and carry away and hold the victims, R.C. and S.C., whose identities are known to the Grand Jury, for ransom, reward and otherwise and did so using a means, facility, and instrumentality of interstate commerce in committing and in furtherance of the kidnapping of R.C. and S.C., that is a cellular phone and a motor vehicle, in violation of Title 18, United States Code, Section 1201(a)(1).

Overt Acts

3.  In furtherance of the conspiracy and to effect the illegal object thereof, the following overt acts, among others, were committed and caused to be committed in the District of Connecticut and elsewhere:

   a. On or about August 21, 2024, SCHWAB, the defendant, sent a text message to a co-conspirator, charged separately, about finding available cars in Connecticut.

   b. On or about August 22, 2024, SCHWAB, the defendant, sent a text message to a co-conspirator, charged separately, about using the rental car service Turo.

   c. From approximately August 21, 2024 to August 24, 2024, co-conspirators, charged separately, traveled into Connecticut from places outside Connecticut.

   d. Approximately on or before August 21, 2024, SCHWAB, the defendant, rented or caused to be rented through Airbnb, a residence in Roxbury, Connecticut.

   e. On or about August 22, 2024, a co-conspirator, charged separately, rented a white Ram ProMaster van from the rental car service Turo.

   f. On or about August 22, 2024, a co-conspirator, not charged herein, rented a Honda Civic from Mongoose Enterprises, LLC.

   g. On or about August 22, 2024, a co-conspirator, charged separately, rented a Nissan Sentra from Enterprise rental company.

   h. On or about August 24, 2024 through August 25, 2024, co-conspirators, charged separately, conducted surveillance on the victims, R.C. and S.C.

   i. From approximately on or about August 21, 2024 through August 25, 2024, SCHWAB, the defendant, communicated via Facetime, cellular telephone, and encrypted messaging applications with certain co-conspirators, charged separately, about the kidnapping of the victims, R.C. and S.C.

   j. On or about August 25, 2024, a co-conspirator, charged separately, driving a Honda Civic, struck the vehicle occupied by the victims, R.C. and S.C.

k. On or about August 25, 2024, co-conspirators, charged separately, forcibly removed the victims, R.C. and S.C., from their vehicle and placed them into the back of the Ram ProMaster van and drove away.

All in violation of Title 18, United States Code, Section 1201(c).

A TRUE BILL

/s/
FOREPERSON

UNITED STATES OF AMERICA

MARC H. SILVERMAN
ACTING UNITED STATES ATTORNEY

ROSS WEINGARTEN
ASSISTANT UNITED STATES ATTORNEY

KAREN L. PECK
ASSISTANT UNITED STATES ATTORNEY

3