UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

              vs.                                             CRIMINAL NO. 3:25-CR-30 (SVN)

JAMES SCHWAB                                 May 20, 2025

## **CONSENT MOTION TO CONTINUE JURY SELECTION**

The defendant, James Schwab, through counsel, hereby moves to continue jury selection from May 27, 2025, to a date in May 2026.  The Government has no objection to this motion.  In support of this motion, Mr. Schwab states as follows:

1. On January 29, 2025, Mr. Schwab was arrested on a complaint charging him with conspiracy in violation of 18 U.S.C. § 371, and aiding and abetting in violation of 18 U.S.C. § 2, a kidnapping (in violation of 18 U.S.C. § 1201), and carjacking (in violation of 18 U.S.C. § 2119).  A grand jury returned an indictment against Mr. Schwab on February 25, 2025, charging him only with conspiracy to commit kidnapping in violation of 18 U.S.C. § 1201(c).

2. To date, the defense has received two discovery productions from the Government, but Government counsel has represented that significant discovery is expected to follow.  On May 7, 2025, the parties appeared for a status conference before Magistrate Judge Vatti to discuss scheduling of the trial.  Based on the Government's representations about the discovery to be produced and the possibility of a superseding indictment, the parties agreed that a continuance of the trial was warranted.

3. At the status conference, and on the record, counsel consulted with Assistant United States Attorney Karen Peck about the proposed jury selection for a date in May 2026, and she has no objection.

4.    Counsel has also consulted with Mr. Schwab, who was present at the status conference before Magistrate Judge Vatti.  Counsel has advised Mr. Schwab of the basis for this request to continue jury selection. He has no objection to continuing the trial and has expressed his consent to waiving the speedy trial time through the new jury selection date.  A signed speedy trial waiver is attached hereto as Exhibit A.

WHEREFORE, Mr. Schwab respectfully requests that the Court continue jury selection from May 27, 2025, to a date in May 2026.

<br>

THE DEFENDANT,
James Schwab

Dated: May 20, 2025                    /s/ Allison M. Near
                                       Allison M. Near
                                       Jacobs & Dow, LLC
                                       350 Orange Street
                                       New Haven, CT 06511
                                       Phone: (203) 772-3100
                                       Bar No.: ct27241
                                       Email: anear@jacobslaw.com

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on May 20, 2025, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

<u>/s/ Allison M. Near</u>
Allison M. Near