




# Extraction Report - Apple iPhone

## Participants



## Conversation - Instant Messages (201)

Hey bud

**Priority:** Normal

**Platform:**

7/6/2024 3:02:45 AM(UTC-4)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/F1B0D5A2-85DD-44E4-9FF0-5AB9F4043C0B/telegram-data/account-11680494498461382216/postbox/db/db_sqlite : 0x9BF8D7F0

hey

**Priority:** Normal

**Platform:**

7/6/2024 3:02:50 AM(UTC-4)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/F1B0D5A2-85DD-44E4-9FF0-5AB9F4043C0B/telegram-data/account-11680494498461382216/postbox/db/db_sqlite : 0x9BFC203C

Wtw

**Priority:** Normal

**Platform:**

7/6/2024 3:03:11 AM(UTC-4)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/F1B0D5A2-85DD-44E4-9FF0-5AB9F4043C0B/telegram-data/account-11680494498461382216/postbox/db/db_sqlite : 0x9BC6398E

Miami, FL 33138
United States
Priority: Normal
Platform:
7/6/2024 3:03:16 AM(UTC-4)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/F1B0D5A2-85DD-44E4-9FF0-5AB9F4043C0B/telegram-data/account-11680494498461382216/postbox/db/db_sqlite : 0x9BC639FD

this addy
Priority: Normal
Platform:
7/6/2024 3:03:18 AM(UTC-4)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/F1B0D5A2-85DD-44E4-9FF0-5AB9F4043C0B/telegram-data/account-11680494498461382216/postbox/db/db_sqlite : 0x9BF2AF5C

Yes
Priority: Normal
Platform:
7/6/2024 3:03:19 AM(UTC-4)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/F1B0D5A2-85DD-44E4-9FF0-5AB9F4043C0B/telegram-data/account-11680494498461382216/postbox/db/db_sqlite : 0x9BF2AE1A

isn't gated community
Priority: Normal
Platform:
7/6/2024 3:03:22 AM(UTC-4)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/F1B0D5A2-85DD-44E4-9FF0-5AB9F4043C0B/telegram-data/account-11680494498461382216/postbox/db/db_sqlite : 0x9BF2ABC9

Idk then
Priority: Normal
Platform:
7/6/2024 3:03:25 AM(UTC-4)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/F1B0D5A2-85DD-44E4-9FF0-5AB9F4043C0B/telegram-data/account-11680494498461382216/postbox/db/db_sqlite : 0x9BF2A710

But I want them outside

**Priority:** Normal

**Platform:**

7/6/2024 3:03:29 AM(UTC-4)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/F1B0D5A2-85DD-44E4-9FF0-5AB9F4043C0B/telegram-data/account-11680494498461382216/postbox/db/db_sqlite : 0x9BF2A6A4

Not just shooting the house

**Priority:** Normal

**Platform:**

7/6/2024 3:03:34 AM(UTC-4)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/F1B0D5A2-85DD-44E4-9FF0-5AB9F4043C0B/telegram-data/account-11680494498461382216/postbox/db/db_sqlite : 0x9BF2A634

ok

**Priority:** Normal

**Platform:**

7/6/2024 3:04:05 AM(UTC-4)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/F1B0D5A2-85DD-44E4-9FF0-5AB9F4043C0B/telegram-data/account-11680494498461382216/postbox/db/db_sqlite : 0x950345A5

ok

**Priority:** Normal

**Platform:**

7/6/2024 3:04:18 AM(UTC-4)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/F1B0D5A2-85DD-44E4-9FF0-5AB9F4043C0B/telegram-data/account-11680494498461382216/postbox/db/db_sqlite : 0x950349ED

i need info on when they leave

**Priority:** Normal

**Platform:**

7/6/2024 3:04:31 AM(UTC-4)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/F1B0D5A2-85DD-44E4-9FF0-5AB9F4043C0B/telegram-data/account-11680494498461382216/postbox/db/db_sqlite : 0x980776C9

so we can be on point

Priority: Normal

Platform:

7/6/2024 3:04:35 AM(UTC-4)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/F1B0D5A2-85DD-44E4-9FF0-5AB9F4043C0B/telegram-data/account-11680494498461382216/postbox/db/db_sqlite : 0x98077F50

Idk when exact just Saturday

Priority: Normal

Platform:

7/6/2024 3:04:37 AM(UTC-4)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/F1B0D5A2-85DD-44E4-9FF0-5AB9F4043C0B/telegram-data/account-11680494498461382216/postbox/db/db_sqlite : 0x98077EDE

and be there

Priority: Normal

Platform:

7/6/2024 3:04:41 AM(UTC-4)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/F1B0D5A2-85DD-44E4-9FF0-5AB9F4043C0B/telegram-data/account-11680494498461382216/postbox/db/db_sqlite : 0x9BE8AC32

i'm saying

Priority: Normal

Platform:

7/6/2024 3:04:44 AM(UTC-4)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/F1B0D5A2-85DD-44E4-9FF0-5AB9F4043C0B/telegram-data/account-11680494498461382216/postbox/db/db_sqlite : 0x9BE8A89F

the club

Priority: Normal

Platform:

7/6/2024 3:04:46 AM(UTC-4)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/F1B0D5A2-85DD-44E4-9FF0-5AB9F4043C0B/telegram-data/account-11680494498461382216/postbox/db/db_sqlite : 0x9BE8A7E6

Oh
Priority: Normal
Platform:
7/6/2024 3:04:50 AM(UTC-4)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/F1B0D5A2-85DD-44E4-9FF0-5AB9F4043C0B/telegram-data/account-11680494498461382216/postbox/db/db_sqlite : 0x9BE71FBE

Idk when bro it's when they decide yk but
Priority: Normal
Platform:
7/6/2024 3:04:56 AM(UTC-4)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/F1B0D5A2-85DD-44E4-9FF0-5AB9F4043C0B/telegram-data/account-11680494498461382216/postbox/db/db_sqlite : 0x9BE71438

It's popping rn
Priority: Normal
Platform:
7/6/2024 3:04:58 AM(UTC-4)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/F1B0D5A2-85DD-44E4-9FF0-5AB9F4043C0B/telegram-data/account-11680494498461382216/postbox/db/db_sqlite : 0x9BE712BA

So not anytime soon
Priority: Normal
Platform:
7/6/2024 3:05:01 AM(UTC-4)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/F1B0D5A2-85DD-44E4-9FF0-5AB9F4043C0B/telegram-data/account-11680494498461382216/postbox/db/db_sqlite : 0x9BE71252

ok
Priority: Normal
Platform:
7/6/2024 3:05:02 AM(UTC-4)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/F1B0D5A2-85DD-44E4-9FF0-5AB9F4043C0B/telegram-data/account-11680494498461382216/postbox/db/db_sqlite : 0x9BE71099

At least I'd say another 1.5hour

**Priority:** Normal

**Platform:**

7/6/2024 3:05:58 AM(UTC-4)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/F1B0D5A2-85DD-44E4-9FF0-5AB9F4043C0B/telegram-data/account-11680494498461382216/postbox/db/db_sqlite : 0x9BE508BA

trying to lock in gun situation

**Priority:** Normal

**Platform:**

7/6/2024 3:06:28 AM(UTC-4)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/F1B0D5A2-85DD-44E4-9FF0-5AB9F4043C0B/telegram-data/account-11680494498461382216/postbox/db/db_sqlite : 0x957947CA

Kk just lmk

**Priority:** Normal

**Platform:**

7/6/2024 3:15:24 AM(UTC-4)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/F1B0D5A2-85DD-44E4-9FF0-5AB9F4043C0B/telegram-data/account-11680494498461382216/postbox/db/db_sqlite : 0x9525E3F9

gun situation locked in

**Priority:** Normal

**Platform:**

7/6/2024 3:17:09 AM(UTC-4)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/F1B0D5A2-85DD-44E4-9FF0-5AB9F4043C0B/telegram-data/account-11680494498461382216/postbox/db/db_sqlite : 0x9BA6EC23

going to the stolen car

**Priority:** Normal

**Platform:**

7/6/2024 3:17:13 AM(UTC-4)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/F1B0D5A2-85DD-44E4-9FF0-5AB9F4043C0B/telegram-data/account-11680494498461382216/postbox/db/db_sqlite : 0x9BA6EF4E

right now
Priority: Normal
Platform:
7/6/2024 3:17:15 AM(UTC-4)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/F1B0D5A2-85DD-44E4-9FF0-5AB9F4043C0B/telegram-data/account-11680494498461382216/postbox/db/db_sqlite : 0x9BA6EAA2

Bet lmk
Priority: Normal
Platform:
7/6/2024 3:18:56 AM(UTC-4)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/F1B0D5A2-85DD-44E4-9FF0-5AB9F4043C0B/telegram-data/account-11680494498461382216/postbox/db/db_sqlite : 0x9BA6EEF1

We doing neighborhood or club
Priority: Normal
Platform:
7/6/2024 3:19:01 AM(UTC-4)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/F1B0D5A2-85DD-44E4-9FF0-5AB9F4043C0B/telegram-data/account-11680494498461382216/postbox/db/db_sqlite : 0x9BA6EA2F

most likely neighborhoods
Priority: Normal
Platform:
7/6/2024 3:20:43 AM(UTC-4)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/F1B0D5A2-85DD-44E4-9FF0-5AB9F4043C0B/telegram-data/account-11680494498461382216/postbox/db/db_sqlite : 0x9B9AD852

Kk
Priority: Normal
Platform:
7/6/2024 3:20:47 AM(UTC-4)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/F1B0D5A2-85DD-44E4-9FF0-5AB9F4043C0B/telegram-data/account-11680494498461382216/postbox/db/db_sqlite : 0x9B9AD7FA

Lmk

Priority: Normal

Platform:

7/6/2024 3:20:49 AM(UTC-4)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/F1B0D5A2-85DD-44E4-9FF0-5AB9F4043C0B/telegram-data/account-11680494498461382216/postbox/db/db_sqlite : 0x9B9AD7A2

i gotta drive to my stolo

Priority: Normal

Platform:

7/6/2024 3:22:01 AM(UTC-4)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/F1B0D5A2-85DD-44E4-9FF0-5AB9F4043C0B/telegram-data/account-11680494498461382216/postbox/db/db_sqlite : 0x9B8E882C

then to then

Priority: Normal

Platform:

7/6/2024 3:22:04 AM(UTC-4)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/F1B0D5A2-85DD-44E4-9FF0-5AB9F4043C0B/telegram-data/account-11680494498461382216/postbox/db/db_sqlite : 0x9B8E876F

them

Priority: Normal

Platform:

7/6/2024 3:22:06 AM(UTC-4)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/F1B0D5A2-85DD-44E4-9FF0-5AB9F4043C0B/telegram-data/account-11680494498461382216/postbox/db/db_sqlite : 0x9B8F6F61

Ok well just keep me updated

Priority: Normal

Platform:

7/6/2024 3:22:27 AM(UTC-4)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/F1B0D5A2-85DD-44E4-9FF0-5AB9F4043C0B/telegram-data/account-11680494498461382216/postbox/db/db_sqlite : 0x9B8F6C88

kk
Priority: Normal
Platform:
7/6/2024 3:22:48 AM(UTC-4)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/F1B0D5A2-85DD-44E4-9FF0-5AB9F4043C0B/telegram-data/account-11680494498461382216/postbox/db/db_sqlite : 0x9B8B792A

Lmk bro
Priority: Normal
Platform:
7/6/2024 3:32:41 AM(UTC-4)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/F1B0D5A2-85DD-44E4-9FF0-5AB9F4043C0B/telegram-data/account-11680494498461382216/postbox/db/db_sqlite : 0x9B8B9E25

Need this
Priority: Normal
Platform:
7/6/2024 3:32:43 AM(UTC-4)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/F1B0D5A2-85DD-44E4-9FF0-5AB9F4043C0B/telegram-data/account-11680494498461382216/postbox/db/db_sqlite : 0x9B8B9DC7

They're leaving rn
Priority: Normal
Platform:
7/6/2024 3:33:15 AM(UTC-4)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/F1B0D5A2-85DD-44E4-9FF0-5AB9F4043C0B/telegram-data/account-11680494498461382216/postbox/db/db_sqlite : 0x9B8B9D5E

It got physical
Priority: Normal
Platform:
7/6/2024 3:34:33 AM(UTC-4)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/F1B0D5A2-85DD-44E4-9FF0-5AB9F4043C0B/telegram-data/account-11680494498461382216/postbox/db/db_sqlite : 0x9B65737F

fuck man

Priority: Normal

Platform:

7/6/2024 3:34:49 AM(UTC-4)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/F1B0D5A2-85DD-44E4-9FF0-5AB9F4043C0B/telegram-data/account-11680494498461382216/postbox/db/db_sqlite : 0x9B65381F

They're going to the house now

Priority: Normal

Platform:

7/6/2024 3:35:26 AM(UTC-4)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/F1B0D5A2-85DD-44E4-9FF0-5AB9F4043C0B/telegram-data/account-11680494498461382216/postbox/db/db_sqlite : 0x9B5FA850

Prob

Priority: Normal

Platform:

7/6/2024 3:35:28 AM(UTC-4)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/F1B0D5A2-85DD-44E4-9FF0-5AB9F4043C0B/telegram-data/account-11680494498461382216/postbox/db/db_sqlite : 0x9B654FBC

does security stay with them

Priority: Normal

Platform:

7/6/2024 3:35:31 AM(UTC-4)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/F1B0D5A2-85DD-44E4-9FF0-5AB9F4043C0B/telegram-data/account-11680494498461382216/postbox/db/db_sqlite : 0x9B5E38B7

24/7

Priority: Normal

Platform:

7/6/2024 3:35:33 AM(UTC-4)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/F1B0D5A2-85DD-44E4-9FF0-5AB9F4043C0B/telegram-data/account-11680494498461382216/postbox/db/db_sqlite : 0x9B5E33EC

like sleep with them

Priority: Normal

Platform:

7/6/2024 3:35:37 AM(UTC-4)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/F1B0D5A2-85DD-44E4-9FF0-5AB9F4043C0B/telegram-data/account-11680494498461382216/postbox/db/db_sqlite : 0x9B5E37F2

Yes I think so

Priority: Normal

Platform:

7/6/2024 3:35:37 AM(UTC-4)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/F1B0D5A2-85DD-44E4-9FF0-5AB9F4043C0B/telegram-data/account-11680494498461382216/postbox/db/db_sqlite : 0x9B5E378E

5 of em

Priority: Normal

Platform:

7/6/2024 3:35:40 AM(UTC-4)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/F1B0D5A2-85DD-44E4-9FF0-5AB9F4043C0B/telegram-data/account-11680494498461382216/postbox/db/db_sqlite : 0x9B5E3732

It's like company security

Priority: Normal

Platform:

7/6/2024 3:35:44 AM(UTC-4)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/F1B0D5A2-85DD-44E4-9FF0-5AB9F4043C0B/telegram-data/account-11680494498461382216/postbox/db/db_sqlite : 0x9B5E36C1

mkay

Priority: Normal

Platform:

7/6/2024 3:35:51 AM(UTC-4)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/F1B0D5A2-85DD-44E4-9FF0-5AB9F4043C0B/telegram-data/account-11680494498461382216/postbox/db/db_sqlite : 0x9B5E360D

we gonna have to go to their house then bro

Priority: Normal

Platform:

7/6/2024 3:35:59 AM(UTC-4)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/F1B0D5A2-85DD-44E4-9FF0-5AB9F4043C0B/telegram-data/account-11680494498461382216/postbox/db/db_sqlite : 0x9B643F3A

i'm literally i'm the middle of a mission right now

Priority: Normal

Platform:

7/6/2024 3:36:08 AM(UTC-4)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/F1B0D5A2-85DD-44E4-9FF0-5AB9F4043C0B/telegram-data/account-11680494498461382216/postbox/db/db_sqlite : 0x9B5DDC58

talking cars

Priority: Normal

Platform:

7/6/2024 3:36:12 AM(UTC-4)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/F1B0D5A2-85DD-44E4-9FF0-5AB9F4043C0B/telegram-data/account-11680494498461382216/postbox/db/db_sqlite : 0x9B5DD1FD

Just lmk

Priority: Normal

Platform:

7/6/2024 3:36:13 AM(UTC-4)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/F1B0D5A2-85DD-44E4-9FF0-5AB9F4043C0B/telegram-data/account-11680494498461382216/postbox/db/db_sqlite : 0x9B1939A0

if u would've told me earlier i would've done that

Priority: Normal

Platform:

7/6/2024 3:36:20 AM(UTC-4)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/F1B0D5A2-85DD-44E4-9FF0-5AB9F4043C0B/telegram-data/account-11680494498461382216/postbox/db/db_sqlite : 0x9AF318A8

we gonna go to their bnb

Priority: Normal

Platform:

7/6/2024 3:36:35 AM(UTC-4)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/F1B0D5A2-85DD-44E4-9FF0-5AB9F4043C0B/telegram-data/account-11680494498461382216/postbox/db/db_sqlite : 0x9B485913

Ik brah

Priority: Normal

Platform:

7/6/2024 3:36:39 AM(UTC-4)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/F1B0D5A2-85DD-44E4-9FF0-5AB9F4043C0B/telegram-data/account-11680494498461382216/postbox/db/db_sqlite : 0x996B2BBA

)

when i get back to the gun

Priority: Normal

Platform:

7/6/2024 3:36:42 AM(UTC-4)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/F1B0D5A2-85DD-44E4-9FF0-5AB9F4043C0B/telegram-data/account-11680494498461382216/postbox/db/db_sqlite : 0x996B2AF0

But you need to hit

Priority: Normal

Platform:

7/6/2024 3:36:43 AM(UTC-4)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/F1B0D5A2-85DD-44E4-9FF0-5AB9F4043C0B/telegram-data/account-11680494498461382216/postbox/db/db_sqlite : 0x996B2A87

The circle kid

Priority: Normal

Platform:

7/6/2024 3:36:46 AM(UTC-4)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/F1B0D5A2-85DD-44E4-9FF0-5AB9F4043C0B/telegram-data/account-11680494498461382216/postbox/db/db_sqlite : 0x996B2A24

[redacted]
ok
**Priority:** Normal
**Platform:**
7/6/2024 3:36:49 AM(UTC-4)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/F1B0D5A2-85DD-44E4-9FF0-5AB9F4043C0B/telegram-data/account-11680494498461382216/postbox/db/db_sqlite : 0x996B2972

[redacted]
Needs to be recorded
**Priority:** Normal
**Platform:**
7/6/2024 3:36:57 AM(UTC-4)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/F1B0D5A2-85DD-44E4-9FF0-5AB9F4043C0B/telegram-data/account-11680494498461382216/postbox/db/db_sqlite : 0x9BD04FAC

[redacted]
yea already was gonna do that
**Priority:** Normal
**Platform:**
7/6/2024 3:37:56 AM(UTC-4)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/F1B0D5A2-85DD-44E4-9FF0-5AB9F4043C0B/telegram-data/account-11680494498461382216/postbox/db/db_sqlite : 0x9B2208B6

[redacted]
[redacted] took a screenshot!
**Priority:** Normal
**Platform:**
**Label:** System
7/6/2024 4:19:13 AM(UTC-4)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/F1B0D5A2-85DD-44E4-9FF0-5AB9F4043C0B/telegram-data/account-11680494498461382216/postbox/db/db_sqlite : 0x9CB3B032

[redacted]
gonna try to catch them when they asleep
**Priority:** Normal
**Platform:**
7/6/2024 4:41:06 AM(UTC-4)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/F1B0D5A2-85DD-44E4-9FF0-5AB9F4043C0B/telegram-data/account-11680494498461382216/postbox/db/db_sqlite : 0x9CC50AB2

and drunk asf

Priority: Normal

Platform:

7/6/2024 4:41:09 AM(UTC-4)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/F1B0D5A2-85DD-44E4-9FF0-5AB9F4043C0B/telegram-data/account-11680494498461382216/postbox/db/db_sqlite : 0x9CC509F4

Idk

Priority: Normal

Platform:

7/6/2024 4:41:15 AM(UTC-4)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/F1B0D5A2-85DD-44E4-9FF0-5AB9F4043C0B/telegram-data/account-11680494498461382216/postbox/db/db_sqlite : 0x9CC5099B

still busting my mission

Priority: Normal

Platform:

7/6/2024 4:41:19 AM(UTC-4)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/F1B0D5A2-85DD-44E4-9FF0-5AB9F4043C0B/telegram-data/account-11680494498461382216/postbox/db/db_sqlite : 0x9CC5052B

They're trying to apologize

Priority: Normal

Platform:

7/6/2024 4:41:20 AM(UTC-4)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/F1B0D5A2-85DD-44E4-9FF0-5AB9F4043C0B/telegram-data/account-11680494498461382216/postbox/db/db_sqlite : 0x9CC504B8

So seeing if they're abt it

Priority: Normal

Platform:

7/6/2024 4:41:23 AM(UTC-4)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/F1B0D5A2-85DD-44E4-9FF0-5AB9F4043C0B/telegram-data/account-11680494498461382216/postbox/db/db_sqlite : 0x9CC69FA3

And will set egos aside
Priority: Normal
Platform:
7/6/2024 4:41:28 AM(UTC-4)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/F1B0D5A2-85DD-44E4-9FF0-5AB9F4043C0B/telegram-data/account-11680494498461382216/postbox/db/db_sqlite : 0x9CC69CFE

Will see
Priority: Normal
Platform:
7/6/2024 4:41:30 AM(UTC-4)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/F1B0D5A2-85DD-44E4-9FF0-5AB9F4043C0B/telegram-data/account-11680494498461382216/postbox/db/db_sqlite : 0x9CC69CA1

ok
Priority: Normal
Platform:
7/6/2024 4:41:33 AM(UTC-4)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/F1B0D5A2-85DD-44E4-9FF0-5AB9F4043C0B/telegram-data/account-11680494498461382216/postbox/db/db_sqlite : 0x9CC69DB7

lmk
Priority: Normal
Platform:
7/6/2024 4:41:34 AM(UTC-4)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/F1B0D5A2-85DD-44E4-9FF0-5AB9F4043C0B/telegram-data/account-11680494498461382216/postbox/db/db_sqlite : 0x9CC69777

i'm actually tryna rob them tho forsure
Priority: Normal
Platform:
7/6/2024 4:42:28 AM(UTC-4)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/F1B0D5A2-85DD-44E4-9FF0-5AB9F4043C0B/telegram-data/account-11680494498461382216/postbox/db/db_sqlite : 0x9CC8B8A9

Yeah we can still do that

Priority: Normal

Platform:

7/6/2024 4:42:45 AM(UTC-4)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/F1B0D5A2-85DD-44E4-9FF0-5AB9F4043C0B/telegram-data/account-11680494498461382216/postbox/db/db_sqlite : 0x9CC8B83A

ok

Priority: Normal

Platform:

7/6/2024 4:48:21 AM(UTC-4)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/F1B0D5A2-85DD-44E4-9FF0-5AB9F4043C0B/telegram-data/account-11680494498461382216/postbox/db/db_sqlite : 0x9CC7CB59

play it cool with them then

Priority: Normal

Platform:

7/6/2024 4:48:54 AM(UTC-4)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/F1B0D5A2-85DD-44E4-9FF0-5AB9F4043C0B/telegram-data/account-11680494498461382216/postbox/db/db_sqlite : 0x9CCAC47B

easy

Priority: Normal

Platform:

7/6/2024 4:48:56 AM(UTC-4)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/F1B0D5A2-85DD-44E4-9FF0-5AB9F4043C0B/telegram-data/account-11680494498461382216/postbox/db/db_sqlite : 0x9CCAC0F0

then we rob them

Priority: Normal

Platform:

7/6/2024 4:49:07 AM(UTC-4)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/F1B0D5A2-85DD-44E4-9FF0-5AB9F4043C0B/telegram-data/account-11680494498461382216/postbox/db/db_sqlite : 0x9CC8F25B

They know it's smoke
Priority: Normal
Platform:
7/6/2024 4:49:18 AM(UTC-4)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/F1B0D5A2-85DD-44E4-9FF0-5AB9F4043C0B/telegram-data/account-11680494498461382216/postbox/db/db_sqlite : 0x9CCAEFAA

They got kicked out
Priority: Normal
Platform:
7/6/2024 4:49:20 AM(UTC-4)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/F1B0D5A2-85DD-44E4-9FF0-5AB9F4043C0B/telegram-data/account-11680494498461382216/postbox/db/db_sqlite : 0x9CCAEF42

After dropping 80k
Priority: Normal
Platform:
7/6/2024 4:49:24 AM(UTC-4)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/F1B0D5A2-85DD-44E4-9FF0-5AB9F4043C0B/telegram-data/account-11680494498461382216/postbox/db/db_sqlite : 0x9CCAE7D5

lmaoo
Priority: Normal
Platform:
7/6/2024 4:51:10 AM(UTC-4)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/F1B0D5A2-85DD-44E4-9FF0-5AB9F4043C0B/telegram-data/account-11680494498461382216/postbox/db/db_sqlite : 0x9CCE82B0

are you positive they sleep with security
Priority: Normal
Platform:
7/6/2024 5:07:56 AM(UTC-4)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/F1B0D5A2-85DD-44E4-9FF0-5AB9F4043C0B/telegram-data/account-11680494498461382216/postbox/db/db_sqlite : 0x9CF2BB24

at their shit?
Priority: Normal
Platform:
7/6/2024 5:07:59 AM(UTC-4)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/F1B0D5A2-85DD-44E4-9FF0-5AB9F4043C0B/telegram-data/account-11680494498461382216/postbox/db/db_sqlite : 0x9CF2B095

I was told
Priority: Normal
Platform:
7/6/2024 5:08:07 AM(UTC-4)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/F1B0D5A2-85DD-44E4-9FF0-5AB9F4043C0B/telegram-data/account-11680494498461382216/postbox/db/db_sqlite : 0x9CF2B434

Haven't confirmed tho
Priority: Normal
Platform:
7/6/2024 5:08:10 AM(UTC-4)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/F1B0D5A2-85DD-44E4-9FF0-5AB9F4043C0B/telegram-data/account-11680494498461382216/postbox/db/db_sqlite : 0x9CF2B3C8

I just know it's a company
Priority: Normal
Platform:
7/6/2024 5:08:15 AM(UTC-4)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/F1B0D5A2-85DD-44E4-9FF0-5AB9F4043C0B/telegram-data/account-11680494498461382216/postbox/db/db_sqlite : 0x9CF2B164

hmmm mkay
Priority: Normal
Platform:
7/6/2024 5:08:15 AM(UTC-4)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/F1B0D5A2-85DD-44E4-9FF0-5AB9F4043C0B/telegram-data/account-11680494498461382216/postbox/db/db_sqlite : 0x9CF2BE79

So serrions security
Priority: Normal
Platform:
7/6/2024 5:08:18 AM(UTC-4)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/F1B0D5A2-85DD-44E4-9FF0-5AB9F4043C0B/telegram-data/account-11680494498461382216/postbox/db/db_sqlite : 0x9CF2D820

i doubt they sleep with them
Priority: Normal
Platform:
7/6/2024 5:08:25 AM(UTC-4)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/F1B0D5A2-85DD-44E4-9FF0-5AB9F4043C0B/telegram-data/account-11680494498461382216/postbox/db/db_sqlite : 0x9CF2D754

If u see SUV outside
Priority: Normal
Platform:
7/6/2024 5:08:42 AM(UTC-4)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/F1B0D5A2-85DD-44E4-9FF0-5AB9F4043C0B/telegram-data/account-11680494498461382216/postbox/db/db_sqlite : 0x9CF6EEE5

Then they do
Priority: Normal
Platform:
7/6/2024 5:08:44 AM(UTC-4)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/F1B0D5A2-85DD-44E4-9FF0-5AB9F4043C0B/telegram-data/account-11680494498461382216/postbox/db/db_sqlite : 0x9CF6EE84

If not then clean
Priority: Normal
Platform:
7/6/2024 5:08:47 AM(UTC-4)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/F1B0D5A2-85DD-44E4-9FF0-5AB9F4043C0B/telegram-data/account-11680494498461382216/postbox/db/db_sqlite : 0x9CF72DF0

ok

**Priority:** Normal

**Platform:**

7/6/2024 5:08:49 AM(UTC-4)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/F1B0D5A2-85DD-44E4-9FF0-5AB9F4043C0B/telegram-data/account-11680494498461382216/postbox/db/db_sqlite : 0x9CF72D3E

Regardless be wary of straps

**Priority:** Normal

**Platform:**

7/6/2024 5:08:51 AM(UTC-4)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/F1B0D5A2-85DD-44E4-9FF0-5AB9F4043C0B/telegram-data/account-11680494498461382216/postbox/db/db_sqlite : 0x9CF72896

There's like at least 6-10 of them

**Priority:** Normal

**Platform:**

7/6/2024 5:08:56 AM(UTC-4)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/F1B0D5A2-85DD-44E4-9FF0-5AB9F4043C0B/telegram-data/account-11680494498461382216/postbox/db/db_sqlite : 0x9CF7281D

kids?

**Priority:** Normal

**Platform:**

7/6/2024 5:09:06 AM(UTC-4)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/F1B0D5A2-85DD-44E4-9FF0-5AB9F4043C0B/telegram-data/account-11680494498461382216/postbox/db/db_sqlite : 0x9CF72E57

not guards?

**Priority:** Normal

**Platform:**

7/6/2024 5:09:17 AM(UTC-4)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/F1B0D5A2-85DD-44E4-9FF0-5AB9F4043C0B/telegram-data/account-11680494498461382216/postbox/db/db_sqlite : 0x9CF72A8F

Ye
Priority: Normal
Platform:
7/6/2024 5:09:59 AM(UTC-4)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/F1B0D5A2-85DD-44E4-9FF0-5AB9F4043C0B/telegram-data/account-11680494498461382216/postbox/db/db_sqlite : 0x9CF86986

Guards at club was at least 3-5
Priority: Normal
Platform:
7/6/2024 5:10:07 AM(UTC-4)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/F1B0D5A2-85DD-44E4-9FF0-5AB9F4043C0B/telegram-data/account-11680494498461382216/postbox/db/db_sqlite : 0x9CF86912

okay
Priority: Normal
Platform:
7/6/2024 5:10:34 AM(UTC-4)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/F1B0D5A2-85DD-44E4-9FF0-5AB9F4043C0B/telegram-data/account-11680494498461382216/postbox/db/db_sqlite : 0x9CF8BF61

we will see
Priority: Normal
Platform:
7/6/2024 5:10:40 AM(UTC-4)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/F1B0D5A2-85DD-44E4-9FF0-5AB9F4043C0B/telegram-data/account-11680494498461382216/postbox/db/db_sqlite : 0x9CF8BBCF

gonna pull up on them in a bit
Priority: Normal
Platform:
7/6/2024 5:10:48 AM(UTC-4)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/F1B0D5A2-85DD-44E4-9FF0-5AB9F4043C0B/telegram-data/account-11680494498461382216/postbox/db/db_sqlite : 0x9CF8BA17

still bussin plays rn

Priority: Normal

Platform:

7/6/2024 5:10:53 AM(UTC-4)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/F1B0D5A2-85DD-44E4-9FF0-5AB9F4043C0B/telegram-data/account-11680494498461382216/postbox/db/db_sqlite : 0x9CF8B951

Ok

Priority: Normal

Platform:

7/6/2024 5:12:48 AM(UTC-4)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/F1B0D5A2-85DD-44E4-9FF0-5AB9F4043C0B/telegram-data/account-11680494498461382216/postbox/db/db_sqlite : 0x9CFC3662

Be safe

Priority: Normal

Platform:

7/6/2024 5:12:53 AM(UTC-4)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/F1B0D5A2-85DD-44E4-9FF0-5AB9F4043C0B/telegram-data/account-11680494498461382216/postbox/db/db_sqlite : 0x9CFC3606

Priority: Normal

Platform:

7/6/2024 5:14:23 AM(UTC-4)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/F1B0D5A2-85DD-44E4-9FF0-5AB9F4043C0B/telegram-data/account-11680494498461382216/postbox/db/db_sqlite : 0x9CCEEF61

yo

Priority: Normal

Platform:

7/6/2024 6:03:52 AM(UTC-4)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/F1B0D5A2-85DD-44E4-9FF0-5AB9F4043C0B/telegram-data/account-11680494498461382216/postbox/db/db_sqlite : 0x9D0ECF63

about to go to our stolen car now
Priority: Normal
Platform:
7/6/2024 6:03:58 AM(UTC-4)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/F1B0D5A2-85DD-44E4-9FF0-5AB9F4043C0B/telegram-data/account-11680494498461382216/postbox/db/db_sqlite : 0x9D0EE1CC

you sure you still want us to go over there?
Priority: Normal
Platform:
7/6/2024 6:04:07 AM(UTC-4)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/F1B0D5A2-85DD-44E4-9FF0-5AB9F4043C0B/telegram-data/account-11680494498461382216/postbox/db/db_sqlite : 0x9D0F4F39

I don't want the hit anymore
Priority: Normal
Platform:
7/6/2024 6:09:46 AM(UTC-4)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/F1B0D5A2-85DD-44E4-9FF0-5AB9F4043C0B/telegram-data/account-11680494498461382216/postbox/db/db_sqlite : 0x9D1783C0

But
Priority: Normal
Platform:
7/6/2024 6:09:47 AM(UTC-4)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/F1B0D5A2-85DD-44E4-9FF0-5AB9F4043C0B/telegram-data/account-11680494498461382216/postbox/db/db_sqlite : 0x9D178368

If u wanna scope for potential lick
Priority: Normal
Platform:
7/6/2024 6:09:52 AM(UTC-4)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/F1B0D5A2-85DD-44E4-9FF0-5AB9F4043C0B/telegram-data/account-11680494498461382216/postbox/db/db_sqlite : 0x9D1782F0

I'm abt it
Priority: Normal
Platform:
7/6/2024 6:09:54 AM(UTC-4)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/F1B0D5A2-85DD-44E4-9FF0-5AB9F4043C0B/telegram-data/account-11680494498461382216/postbox/db/db_sqlite : 0x9D178189

okay
Priority: Normal
Platform:
7/6/2024 6:10:03 AM(UTC-4)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/F1B0D5A2-85DD-44E4-9FF0-5AB9F4043C0B/telegram-data/account-11680494498461382216/postbox/db/db_sqlite : 0x9D193F61

And obv will fund it if any expenses needed afterwards
Priority: Normal
Platform:
7/6/2024 6:10:18 AM(UTC-4)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/F1B0D5A2-85DD-44E4-9FF0-5AB9F4043C0B/telegram-data/account-11680494498461382216/postbox/db/db_sqlite : 0x9D193ED5

So worth scoping
Priority: Normal
Platform:
7/6/2024 6:10:24 AM(UTC-4)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/F1B0D5A2-85DD-44E4-9FF0-5AB9F4043C0B/telegram-data/account-11680494498461382216/postbox/db/db_sqlite : 0x9D193356

They have collectively 10M+ on them
Priority: Normal
Platform:
7/6/2024 6:10:32 AM(UTC-4)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/F1B0D5A2-85DD-44E4-9FF0-5AB9F4043C0B/telegram-data/account-11680494498461382216/postbox/db/db_sqlite : 0x9D1A287E

They're like 17-18
Priority: Normal
Platform:
7/6/2024 6:10:37 AM(UTC-4)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/F1B0D5A2-85DD-44E4-9FF0-5AB9F4043C0B/telegram-data/account-11680494498461382216/postbox/db/db_sqlite : 0x9D1A37D6

Small scrawny pussies
Priority: Normal
Platform:
7/6/2024 6:10:43 AM(UTC-4)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/F1B0D5A2-85DD-44E4-9FF0-5AB9F4043C0B/telegram-data/account-11680494498461382216/postbox/db/db_sqlite : 0x9D00D388

why don't u wanna do the hit anymore
Priority: Normal
Platform:
7/6/2024 6:10:44 AM(UTC-4)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/F1B0D5A2-85DD-44E4-9FF0-5AB9F4043C0B/telegram-data/account-11680494498461382216/postbox/db/db_sqlite : 0x9D00D2B2

Cause [redacted] is there
Priority: Normal
Platform:
7/6/2024 6:10:50 AM(UTC-4)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/F1B0D5A2-85DD-44E4-9FF0-5AB9F4043C0B/telegram-data/account-11680494498461382216/postbox/db/db_sqlite : 0x9D00D247

And apologized for them
Priority: Normal
Platform:
7/6/2024 6:10:54 AM(UTC-4)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/F1B0D5A2-85DD-44E4-9FF0-5AB9F4043C0B/telegram-data/account-11680494498461382216/postbox/db/db_sqlite : 0x9D00D1DB

But
Priority: Normal
Platform:
7/6/2024 6:10:57 AM(UTC-4)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/F1B0D5A2-85DD-44E4-9FF0-5AB9F4043C0B/telegram-data/account-11680494498461382216/postbox/db/db_sqlite : 0x9D00D183

You'd have to go inside
Priority: Normal
Platform:
7/6/2024 6:11:01 AM(UTC-4)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/F1B0D5A2-85DD-44E4-9FF0-5AB9F4043C0B/telegram-data/account-11680494498461382216/postbox/db/db_sqlite : 0x9D1ADA7E

To do the hit anyway
Priority: Normal
Platform:
7/6/2024 6:11:05 AM(UTC-4)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/F1B0D5A2-85DD-44E4-9FF0-5AB9F4043C0B/telegram-data/account-11680494498461382216/postbox/db/db_sqlite : 0x9D1ADC03

At this point
Priority: Normal
Platform:
7/6/2024 6:11:07 AM(UTC-4)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/F1B0D5A2-85DD-44E4-9FF0-5AB9F4043C0B/telegram-data/account-11680494498461382216/postbox/db/db_sqlite : 0x9D1ADBA1

yeah
Priority: Normal
Platform:
7/6/2024 6:11:08 AM(UTC-4)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/F1B0D5A2-85DD-44E4-9FF0-5AB9F4043C0B/telegram-data/account-11680494498461382216/postbox/db/db_sqlite : 0x9D1ADAED

ik
Priority: Normal
Platform:
7/6/2024 6:11:10 AM(UTC-4)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/F1B0D5A2-85DD-44E4-9FF0-5AB9F4043C0B/telegram-data/account-11680494498461382216/postbox/db/db_sqlite : 0x9D1AD9CC

that was our plan
Priority: Normal
Platform:
7/6/2024 6:11:14 AM(UTC-4)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/F1B0D5A2-85DD-44E4-9FF0-5AB9F4043C0B/telegram-data/account-11680494498461382216/postbox/db/db_sqlite : 0x9D1B2BF2

That kid
Priority: Normal
Platform:
7/6/2024 6:11:16 AM(UTC-4)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/F1B0D5A2-85DD-44E4-9FF0-5AB9F4043C0B/telegram-data/account-11680494498461382216/postbox/db/db_sqlite : 0x9D1B2B94

Circle
Priority: Normal
Platform:
7/6/2024 6:11:17 AM(UTC-4)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/F1B0D5A2-85DD-44E4-9FF0-5AB9F4043C0B/telegram-data/account-11680494498461382216/postbox/db/db_sqlite : 0x9D1B2B39

Has 2 pateks
Priority: Normal
Platform:
7/6/2024 6:11:19 AM(UTC-4)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/F1B0D5A2-85DD-44E4-9FF0-5AB9F4043C0B/telegram-data/account-11680494498461382216/postbox/db/db_sqlite : 0x9D1B4E2F

we wanted to rob them
Priority: Normal
Platform:
7/6/2024 6:11:19 AM(UTC-4)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/F1B0D5A2-85DD-44E4-9FF0-5AB9F4043C0B/telegram-data/account-11680494498461382216/postbox/db/db_sqlite : 0x9D1B4D6A

On each wrist
Priority: Normal
Platform:
7/6/2024 6:11:22 AM(UTC-4)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/F1B0D5A2-85DD-44E4-9FF0-5AB9F4043C0B/telegram-data/account-11680494498461382216/postbox/db/db_sqlite : 0x9D1B4FB3

damn
Priority: Normal
Platform:
7/6/2024 6:11:26 AM(UTC-4)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/F1B0D5A2-85DD-44E4-9FF0-5AB9F4043C0B/telegram-data/account-11680494498461382216/postbox/db/db_sqlite : 0x9D1B4EFF

Jewelry alone is worth it
Priority: Normal
Platform:
7/6/2024 6:11:26 AM(UTC-4)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/F1B0D5A2-85DD-44E4-9FF0-5AB9F4043C0B/telegram-data/account-11680494498461382216/postbox/db/db_sqlite : 0x9D1B4E90

yeah
Priority: Normal
Platform:
7/6/2024 6:11:33 AM(UTC-4)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/F1B0D5A2-85DD-44E4-9FF0-5AB9F4043C0B/telegram-data/account-11680494498461382216/postbox/db/db_sqlite : 0x9D1B4A86

They prob have 7F in jewelers

Priority: Normal

Platform:

7/6/2024 6:11:33 AM(UTC-4)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/F1B0D5A2-85DD-44E4-9FF0-5AB9F4043C0B/telegram-data/account-11680494498461382216/postbox/db/db_sqlite : 0x9D1B4A13

i want the coin

Priority: Normal

Platform:

7/6/2024 6:11:37 AM(UTC-4)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/F1B0D5A2-85DD-44E4-9FF0-5AB9F4043C0B/telegram-data/account-11680494498461382216/postbox/db/db_sqlite : 0x9D1B4954

Yeah

Priority: Normal

Platform:

7/6/2024 6:11:41 AM(UTC-4)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/F1B0D5A2-85DD-44E4-9FF0-5AB9F4043C0B/telegram-data/account-11680494498461382216/postbox/db/db_sqlite : 0x9D1B4D10

idc about the watches

Priority: Normal

Platform:

7/6/2024 6:11:43 AM(UTC-4)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/F1B0D5A2-85DD-44E4-9FF0-5AB9F4043C0B/telegram-data/account-11680494498461382216/postbox/db/db_sqlite : 0x9D1B4C4B

He has 400k on phone

Priority: Normal

Platform:

7/6/2024 6:11:46 AM(UTC-4)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/F1B0D5A2-85DD-44E4-9FF0-5AB9F4043C0B/telegram-data/account-11680494498461382216/postbox/db/db_sqlite : 0x9D1B4BE1

Exodus
Priority: Normal
Platform:
7/6/2024 6:11:50 AM(UTC-4)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/F1B0D5A2-85DD-44E4-9FF0-5AB9F4043C0B/telegram-data/account-11680494498461382216/postbox/db/db_sqlite : 0x9D1B4B86

ok
Priority: Normal
Platform:
7/6/2024 6:11:51 AM(UTC-4)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/F1B0D5A2-85DD-44E4-9FF0-5AB9F4043C0B/telegram-data/account-11680494498461382216/postbox/db/db_sqlite : 0x9D1B4176

good
Priority: Normal
Platform:
7/6/2024 6:11:53 AM(UTC-4)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/F1B0D5A2-85DD-44E4-9FF0-5AB9F4043C0B/telegram-data/account-11680494498461382216/postbox/db/db_sqlite : 0x9D1B40C1

Yeah
Priority: Normal
Platform:
7/6/2024 6:11:56 AM(UTC-4)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/F1B0D5A2-85DD-44E4-9FF0-5AB9F4043C0B/telegram-data/account-11680494498461382216/postbox/db/db_sqlite : 0x9D17B6A0

The others prob have same
Priority: Normal
Platform:
7/6/2024 6:11:59 AM(UTC-4)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/F1B0D5A2-85DD-44E4-9FF0-5AB9F4043C0B/telegram-data/account-11680494498461382216/postbox/db/db_sqlite : 0x9D1C2FA7

I wanted to get them in La a while back but they got scared

Priority: Normal

Platform:

7/6/2024 6:12:07 AM(UTC-4)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/F1B0D5A2-85DD-44E4-9FF0-5AB9F4043C0B/telegram-data/account-11680494498461382216/postbox/db/db_sqlite : 0x9D1C2F17

so u have an insider in there?

Priority: Normal

Platform:

7/6/2024 6:12:08 AM(UTC-4)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/F1B0D5A2-85DD-44E4-9FF0-5AB9F4043C0B/telegram-data/account-11680494498461382216/postbox/db/db_sqlite : 0x9D1C2E48

or wut

Priority: Normal

Platform:

7/6/2024 6:12:21 AM(UTC-4)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/F1B0D5A2-85DD-44E4-9FF0-5AB9F4043C0B/telegram-data/account-11680494498461382216/postbox/db/db_sqlite : 0x9D1C233E

cause if they come back to miami

Priority: Normal

Platform:

7/6/2024 6:12:28 AM(UTC-4)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/F1B0D5A2-85DD-44E4-9FF0-5AB9F4043C0B/telegram-data/account-11680494498461382216/postbox/db/db_sqlite : 0x9D1D543D

Somewhat

Priority: Normal

Platform:

7/6/2024 6:12:30 AM(UTC-4)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/F1B0D5A2-85DD-44E4-9FF0-5AB9F4043C0B/telegram-data/account-11680494498461382216/postbox/db/db_sqlite : 0x9D1D51EC

it's a forsure go
Priority: Normal
Platform:
7/6/2024 6:12:31 AM(UTC-4)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/F1B0D5A2-85DD-44E4-9FF0-5AB9F4043C0B/telegram-data/account-11680494498461382216/postbox/db/db_sqlite : 0x9D1D5129

Of
Priority: Normal
Platform:
7/6/2024 6:12:33 AM(UTC-4)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/F1B0D5A2-85DD-44E4-9FF0-5AB9F4043C0B/telegram-data/account-11680494498461382216/postbox/db/db_sqlite : 0x9D1D50D1

Ofc
Priority: Normal
Platform:
7/6/2024 6:12:35 AM(UTC-4)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/F1B0D5A2-85DD-44E4-9FF0-5AB9F4043C0B/telegram-data/account-11680494498461382216/postbox/db/db_sqlite : 0x9D1D5FBD

u just caught me at the wrong time
Priority: Normal
Platform:
7/6/2024 6:12:38 AM(UTC-4)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/F1B0D5A2-85DD-44E4-9FF0-5AB9F4043C0B/telegram-data/account-11680494498461382216/postbox/db/db_sqlite : 0x9D1D5EEB

is from NZ
Priority: Normal
Platform:
7/6/2024 6:12:39 AM(UTC-4)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/F1B0D5A2-85DD-44E4-9FF0-5AB9F4043C0B/telegram-data/account-11680494498461382216/postbox/db/db_sqlite : 0x9D1D5E86

Ik

**Priority:** Normal

**Platform:**

7/6/2024 6:12:41 AM(UTC-4)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/F1B0D5A2-85DD-44E4-9FF0-5AB9F4043C0B/telegram-data/account-11680494498461382216/postbox/db/db_sqlite : 0x9CF36DB4

we just stole two whips

**Priority:** Normal

**Platform:**

7/6/2024 6:12:45 AM(UTC-4)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/F1B0D5A2-85DD-44E4-9FF0-5AB9F4043C0B/telegram-data/account-11680494498461382216/postbox/db/db_sqlite : 0x9CF36BFA

It's last minute

**Priority:** Normal

**Platform:**

7/6/2024 6:12:45 AM(UTC-4)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/F1B0D5A2-85DD-44E4-9FF0-5AB9F4043C0B/telegram-data/account-11680494498461382216/postbox/db/db_sqlite : 0x9CF36B92

Damn

**Priority:** Normal

**Platform:**

7/6/2024 6:12:49 AM(UTC-4)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/F1B0D5A2-85DD-44E4-9FF0-5AB9F4043C0B/telegram-data/account-11680494498461382216/postbox/db/db_sqlite : 0x9CF36B39

worth like 10k each

**Priority:** Normal

**Platform:**

7/6/2024 6:12:52 AM(UTC-4)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/F1B0D5A2-85DD-44E4-9FF0-5AB9F4043C0B/telegram-data/account-11680494498461382216/postbox/db/db_sqlite : 0x9CF36A76

Profit is profit
Priority: Normal
Platform:
7/6/2024 6:12:52 AM(UTC-4)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/F1B0D5A2-85DD-44E4-9FF0-5AB9F4043C0B/telegram-data/account-11680494498461382216/postbox/db/db_sqlite : 0x9CF36ECA

got crazy mods
Priority: Normal
Platform:
7/6/2024 6:12:55 AM(UTC-4)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/F1B0D5A2-85DD-44E4-9FF0-5AB9F4043C0B/telegram-data/account-11680494498461382216/postbox/db/db_sqlite : 0x9CF36E0C

Good shit
Priority: Normal
Platform:
7/6/2024 6:13:02 AM(UTC-4)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/F1B0D5A2-85DD-44E4-9FF0-5AB9F4043C0B/telegram-data/account-11680494498461382216/postbox/db/db_sqlite : 0x9CF36A17

)
yeee
Priority: Normal
Platform:
7/6/2024 6:13:08 AM(UTC-4)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/F1B0D5A2-85DD-44E4-9FF0-5AB9F4043C0B/telegram-data/account-11680494498461382216/postbox/db/db_sqlite : 0x9CF36963

I literally tried to be str8 up with kid
Priority: Normal
Platform:
7/6/2024 6:13:18 AM(UTC-4)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/F1B0D5A2-85DD-44E4-9FF0-5AB9F4043C0B/telegram-data/account-11680494498461382216/postbox/db/db_sqlite : 0x9CF368E0

I have his TG

**Priority:** Normal

**Platform:**

7/6/2024 6:13:20 AM(UTC-4)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/F1B0D5A2-85DD-44E4-9FF0-5AB9F4043C0B/telegram-data/account-11680494498461382216/postbox/db/db_sqlite : 0x9CF3687E

Said I used to be you

**Priority:** Normal

**Platform:**

7/6/2024 6:13:23 AM(UTC-4)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/F1B0D5A2-85DD-44E4-9FF0-5AB9F4043C0B/telegram-data/account-11680494498461382216/postbox/db/db_sqlite : 0x9CF36814

We were their age once

**Priority:** Normal

**Platform:**

7/6/2024 6:13:26 AM(UTC-4)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/F1B0D5A2-85DD-44E4-9FF0-5AB9F4043C0B/telegram-data/account-11680494498461382216/postbox/db/db_sqlite : 0x9CF367A9

But he's a push

**Priority:** Normal

**Platform:**

7/6/2024 6:13:29 AM(UTC-4)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/F1B0D5A2-85DD-44E4-9FF0-5AB9F4043C0B/telegram-data/account-11680494498461382216/postbox/db/db_sqlite : 0x9CF36743

Pussy

**Priority:** Normal

**Platform:**

7/6/2024 6:13:31 AM(UTC-4)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/F1B0D5A2-85DD-44E4-9FF0-5AB9F4043C0B/telegram-data/account-11680494498461382216/postbox/db/db_sqlite : 0x9D1DFFBB

Said they thought it was just jokes etc
Priority: Normal
Platform:
7/6/2024 6:13:40 AM(UTC-4)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/F1B0D5A2-85DD-44E4-9FF0-5AB9F4043C0B/telegram-data/account-11680494498461382216/postbox/db/db_sqlite : 0x9D1DF6E3

They kept getting [redacted] is broke signs
Priority: Normal
Platform:
7/6/2024 6:13:52 AM(UTC-4)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/F1B0D5A2-85DD-44E4-9FF0-5AB9F4043C0B/telegram-data/account-11680494498461382216/postbox/db/db_sqlite : 0x9D1F71EB

But main issue is
Priority: Normal
Platform:
7/6/2024 6:13:54 AM(UTC-4)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/F1B0D5A2-85DD-44E4-9FF0-5AB9F4043C0B/telegram-data/account-11680494498461382216/postbox/db/db_sqlite : 0x9D1F8782

LMAOOO
Priority: Normal
Platform:
7/6/2024 6:13:57 AM(UTC-4)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/F1B0D5A2-85DD-44E4-9FF0-5AB9F4043C0B/telegram-data/account-11680494498461382216/postbox/db/db_sqlite : 0x9D1F86CC

They put hands on [redacted]
Priority: Normal
Platform:
7/6/2024 6:13:57 AM(UTC-4)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/F1B0D5A2-85DD-44E4-9FF0-5AB9F4043C0B/telegram-data/account-11680494498461382216/postbox/db/db_sqlite : 0x9D1F865F