**Facility:** Donald Wyatt RI
**Created Date:** ████████████████
**Participants:**
████████████████████████████████████
████████████████████████████████████████
███████████

| MESSAGE TYPE | DATE SENT | DATE READ | MESSAGE SUBJECT | MESSAGE BODY | STATUS | SENDER | RECIPIENT |
|---|---|---|---|---|---|---|---|
| | ███ | ███ | | ████ | █ | ███ | ██ |
| | ███ | ███ | | ██ | █ | ███ | ███ |
| | ███ | ███ | | ██████ | █ | ███ | ████ |
| | ███ | ███ | | ██████ | █ | ███ | ███ |
| | ██ | ██ | | ████████ | █ | ███ | ███ |
| | ██ | ██ | | █ | █ | ███ | ███ |
| | ███ | ██ | | ██████ | █ | ██ | ███ |
| | ███ | ███ | | █████ | █ | ███ | ███ |
| | ██ | ██ | | ███████ | █ | ███ | ███ |
| | ███ | ██ | | ████████████ | █ | ███ | ███ |

Facility: Donald Wyatt RI

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | ▮ | ▮ | | ▮ | ▮ | ▮ | ▮ |
| | ▮ | ▮ | | ▮ | ▮ | ▮ | ▮ |
| | ▮ | ▮ | | ▮ | ▮ | ▮ | ▮ |
| | ▮ | ▮ | | ▮ | ▮ | ▮ | ▮ |
| | ▮ | ▮ | | ▮ | ▮ | ▮ | ▮ |
| | 2025-03-24 T 21:02:49 | 2025-03-24 T 21:03:55 | | Send this to my boy ▮ ▮ … nd tell everybody stay away from ▮ he the boys that's stamped by his codee up here!!" | ▮ | ▮ | ▮ |
| | ▮ | ▮ | | ▮ | ▮ | ▮ | ▮ |