Crim-Mot hrg (Dec-2008)

HONORABLE: Sarala V. Nagala

DEPUTY CLERK S. Bergeson    RPTR/ECRO/TAPE Denae Hovland

TOTAL TIME: 1 hours 55 minutes    USPO Brennan/Wackerman    INTERPRETER

DATE: 5/28/2025    START TIME: 10:08 AM    END TIME: 12:26 PM

LUNCH RECESS    FROM: _____ TO: _____

RECESS (if more than ½ hr)    FROM: _____ TO: _____

CRIMINAL NO. 3:25-cr-00030 _____ Deft # 1 _____

UNITED STATES OF AMERICA

vs

James Schwab
_____

John Trowbridge Pierpont
_____
AUSA

Allison Murray Near
_____
Defendant's Counsel ☒ CJA ☐ Retained ☐ PDA

## HEARING ON CRIMINAL MOTIONS

| | | | |
|---|---|---|---|
| ☒......# 48 | Deft_____ Motion to Revoke OSCB | ☐granted ☐denied ☐advisement |
| ☐......# ___ | Deft_____ Motion_____ | ☐ granted ☐denied ☐advisement |
| ☐......# ___ | Deft_____ Motion_____ | ☐ granted ☐denied ☐advisement |
| ☐......# ___ | Deft_____ Motion_____ | ☐ granted ☐denied ☐advisement |
| ☐......# ___ | Deft_____ Motion_____ | ☐ granted ☐denied ☐advisement |
| ☐......# ___ | Deft_____ Motion_____ | ☐ granted ☐denied ☐advisement |
| ☐......# ___ | Deft_____ Motion_____ | ☐ granted ☐denied ☐advisement |
| ☐......# ___ | Deft_____ Motion_____ | ☐ granted ☐denied ☐advisement |
| ☐......# ___ | Deft_____ Motion_____ | ☐ granted ☐denied ☐advisement |
| ☐......# ___ | Govt's motion_____ | ☐granted ☐denied ☐advisement |
| ☐......# ___ | Govt's motion_____ | ☐granted ☐denied ☐advisement |
| ☐......# ___ | Govt's motion_____ | ☐granted ☐denied ☐advisement |
| ☐......# ___ | Govt's motion_____ | ☐granted ☐denied ☐advisement |
| ☐......# ___ | Deft_____ oral motion_____ | ☐ granted ☐denied ☐advisement |
| ☐......# ___ | Deft_____ oral motion_____ | ☐ granted ☐denied ☐advisement |
| ☐......# ___ | Deft_____ oral motion_____ | ☐ granted ☐denied ☐advisement |
| ☐......# ___ | Govt's oral motion_____ | ☐ granted ☐ denied ☐advisement |
| ☐......# ___ | Govt's oral motion_____ | ☐ granted ☐ denied ☐advisement |
| ☐.............. | Brief(s) due_____ Response(s) due_____ Replies due_____ | |
| ☐.............. | Bond ☐ set at $_____ ☐ reduced to $_____ ☐ Non-surety ☐ Surety ☐ PR | |
| ☐.............. | Bond ☐ revoked ☐ reinstated ☐ continued ☐modified | |
| ☐.............. | Defendant REMANDED to custody | |
| ☐.............. | Competency Hearing ☐ held ☐ continued until _____ at _____ | |
| ☐.............. | _____hearing continued until _____ at _____ | |
| ☐.............. | Court finds defendant _____ ☐ competent ☐ incompetent | |
| ☐.............. | Court orders defendant _____ to undergo psychiatric evaluation | |
| ☐.............. | Motion Hearing continued until _____ at _____ | |
| ☐.............. | SEE PAGE II for additional entries | |

## DOCUMENTS FILED IN OPEN COURT

☐............ _____ ☐ filed ☐ docketed
☐............ _____ ☐ filed ☐ docketed
☐............ _____ ☐ filed ☐ docketed
☐............ _____ ☐ filed ☐ docketed
☐............ _____ ☐ filed ☐ docketed
☐............ _____ ☐ filed ☐ docketed
☐............ _____ ☐ filed ☐ docketed
☐............ _____ ☐ filed ☐ docketed
☐............ _____ ☐ filed ☐ docketed
☐............ _____ ☐ filed ☐ docketed
☐............ _____ ☐ filed ☐ docketed
☐............ _____ ☐ filed ☐ docketed
☐............ _____ ☐ filed ☐ docketed
☐............ _____ ☐ filed ☐ docketed
☐............ _____ ☐ filed ☐ docketed
☐............ _____ ☐ filed ☐ docketed
☐............ _____ ☐ filed ☐ docketed
☐............ _____ ☐ filed ☐ docketed

NOTES OR

## MISCELLANEOUS PROCEEDINGS

Parties to confer and file a joint notice by end of day 5/30/25. The Court will decide how to proceed after review of the

notice.

_____

_____

_____

_____

_____

_____

_____

_____

_____