AO 199A (Rev. 06/19)  Order Setting Conditions of Release | Page 1 of __4__ Pages

# UNITED STATES DISTRICT COURT
### for the
### District of Connecticut

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | )    Case No.   3:25-cr-00030-SVN-1 |
| James Schwab | ) |
| _Defendant_ | ) |

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

JUL 15 2025 PM4:18
FILED-USDC-CT-HARTFORD

(1)   The defendant must not violate federal, state, or local law while on release.

(2)   The defendant must cooperate in the collection of a DNA sample if it is authorized by 34 U.S.C. § 40702.

(3)   The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4)   The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at:    United States District Court for the District of Connecticut
<br>_____
<br>                                            _Place_

as directed by the Court
<br>_____

on _____
<br>                                   _Date and Time_

If blank, defendant will be notified of next appearance.

(5)   The defendant must sign an Appearance Bond, if ordered.

Defendant shall sign an appearance bond in the amount of $1,500,000, to be co-signed by his parents, Kevin Schwab and Laura Schwab, and to be secured by real estate owned by his parents at [addresses] and $25,000 deposited with the Court. The bond and collateral are subject to forfeiture if Defendant violates any condition of release.

AO 199B (Rev. 09/24) Additional Conditions of Release                    Page __2__ of __4__ Pages

## ADDITIONAL CONDITIONS OF RELEASE

Pursuant to 18 U.S.C. § 3142(c)(1)(B), the court may impose the following least restrictive condition(s) only as necessary to reasonably assure the appearance of the person as required and the safety of any other person and the community.

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( ☑ )  (6)  The defendant is placed in the custody of:
        Person or organization    Kevin Schwab and Laura Schwab, and shall reside with them
        Address *(only if above is an organization)*
        City and state _____        Tel. No. _____

who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

Signed: _____  7/15/25
                        Custodian                                Date
_____  7/15/25

( ☑ )  (7)  The defendant must:
  ( ☑ )  (a)  submit to supervision by and report for supervision to the   United States Probation and Pretrial Services Office  ,
              telephone number _____ , no later than _____ .
  ( ☐ )  (b)  continue or actively seek employment.*
  ( ☐ )  (c)  continue or start an education program.
  ( ☑ )  (d)  surrender any passport to:    passport already in the possession of the FBI
  ( ☑ )  (e)  not obtain a passport or other international travel document.
  ( ☑ )  (f)  abide by the following restrictions on personal association, residence, or travel:   Travel restricted to Georgia and Connecticut, the latter
              solely for court appearances and attorney visits
  ( ☑ )  (g)  avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution,
              including:  list provided by Government on July 15, 2025

  ( ☑ )  (h)  get medical or psychiatric treatment:    as deemed necessary by United States Probation and Pretrial Services Office

  ( ☐ )  (i)  return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling,
              or the following purposes: _____

  ( ☐ )  (j)  maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers
              necessary.
  ( ☑ )  (k)  not possess a firearm, destructive device, or other weapon.
  ( ☑ )  (l)  not use alcohol ( ☐ ) at all ( ☑ ) excessively.
  ( ☑ )  (m)  not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed
              medical practitioner.
  ( ☑ )  (n)  submit to testing for a prohibited substance, if required by the pretrial services office or supervising officer. Testing may be used with
              random frequency and may include urine testing, wearing a sweat patch, submitting to a breathalyzer, and/or any other form of
              prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and
              accuracy of substance screening or testing of prohibited substances.
  ( ☐ )  (o)  participate in a program of inpatient or outpatient substance use treatment, if directed by the pretrial services office or supervising
              officer.
  ( ☐ )  (p)  participate in the remote alcohol testing program using continuous electronic alcohol testing and comply with its requirements as
              directed, including not consuming alcohol.

              ( ☐ ) pay all or part of the cost of remote alcohol testing, including equipment loss or damage, based upon your ability to pay, as
                    determined by the pretrial services or supervising officer.
  ( ☑ )  (q)  participate in the location monitoring program and comply with the requirements, as directed in subsections i, ii, and iii.

              i. Following the location restriction component (**check one**):

              ( ☐ ) (1)  **Curfew.** You are restricted to your residence every day ( ☐ ) from _____ to _____ , or ( ☐ ) as
                         directed by the pretrial services office or supervising officer; or
              ( ☐ ) (2)  **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services;
                         medical, substance use, or mental health treatment; attorney visits; court appearances; court-ordered obligations; activities
                         approved by the court; or essential activities approved in advance by the pretrial services office or supervising officer; or
              ( ☑ ) (3)  **Home Incarceration.** You are restricted to 24-hour-a-day lockdown at your residence except for medical necessities and
                         court appearances or activities specifically approved by the court; or
              ( ☐ ) (4)  **Stand-Alone Monitoring.** You have no residential component (curfew, home detention, or home incarceration) restrictions.
                         However, you must comply with the location or travel restrictions as imposed by the court. **Note:** Stand-alone monitoring
                         should be used in conjunction with global positioning system (GPS) or virtual mobile application technology.

AO 199B (Rev. 09/24) Additional Conditions of Release                                    Page  3  of  4  Pages

## ADDITIONAL CONDITIONS OF RELEASE

(ii)  submit to the following location monitoring technology **(check one)**:

- ( ☑ ) (1)  Location monitoring technology as directed by the pretrial services or supervising officer; or
- ( ☐ ) (2)  GPS; or
- ( ☐ ) (3)  Radio Frequency; or
- ( ☐ ) (4)  Voice Recognition; or
- ( ☐ ) (5)  Virtual Mobile Application. You must allow the pretrial services or supervising officer to conduct initial and periodic inspections of the mobile device and mobile application to verify that 1) the monitoring software is functional, 2) the required configurations (e.g., locational services) are unaltered, and 3) no efforts have been made to alter the mobile application.

(iii)  ( ☑ ) pay all or part of the cost of location monitoring, including equipment loss or damage, based upon your ability to pay, as determined by the pretrial services or supervising officer

( ☑ )  (r)  report as soon as possible, to the pretrial services or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

( ☑ )  (s)  Additional conditions:  see below.

Additional Conditions:

1. Defendant shall not have access to any electronic device capable of accessing the Internet, to include cellular phones and tablets, with the exception that he may watch television on a smart television, provided that he is supervised while doing so and does not use it to access the Internet. Defendant shall have access to a "flip phone" cellular device that is not capable of accessing the Internet, for purposes of communicating with his defense team via voice call and text messages. The phone numbers of the defense team shall be provided to the the United States Probation and Pretrial Services Office for monitoring purposes. The flip phone must remain in the third party custodians' possession when not in use. Once the phone is obtained, the phone number and carrier information shall be provided to the United States Probation and Pretrial Services Office. Defendant shall execute the appropriate authorizations to allow the United States Probation and Pretrial Services Office access to the cellular records.
2. The third party custodians' personal electronic devices, including but not limited to cellular phones, tablets, and laptops, shall be password- or biometrically-protected from any access by Defendant, and the passwords shall not be shared with Defendant.
3. At least one of the custodians must be present in the home at all times to supervise Defendant.
4. The United States Probation and Pretrial Services Office shall designate Defendant as high risk so that any attempt to remove the location monitoring device, leave the State of Georgia (except as permitted herein to travel to Connecticut for court appearances and attorney visits) triggers an immediate alert. Exclusion zones shall be placed around any airports within 100 miles of Defendant's proposed residence.
5. Immediate family members (including significant others of immediate family members) and extended family members (including significant others of extended family members) are permitted to visit the proposed residence. Family members must password- or biometrically-protect any electronic devices they bring into the home during their visit(s) and shall not provide Defendant with access to such electronic devices or their associated passwords. Contractors/workers are permitted to visit the residence with advance notice via text message or phone call to the United States Probation and Pretrial Services Office. The notice shall include the company name, date and time the company will be at the home, and the nature of the work. Defendant shall not be permitted to communicate with contractors/workers alone, without supervision.
6. Defendant shall not be permitted to mail any letters through the United States Postal Service or other mailing service, except to his attorney(s) or the Court, as necessary.
7. Defendant must be transported from Court directly back to Georgia, in his parents' custody.
8. Should additional hearings be required in this matter prior to trial, Defendant will be required to appear in person in Connecticut, and at least one of his custodians will be required to travel with him for any Court appearance, to continually monitor compliance with his conditions of release.
9. With prior permission of the United States Probation and Pretrial Services Office Defendant may travel to Atlanta, Georgia for meetings with his defense team through Zoom or another remote communications platform. Defendant shall remain in the custody of third party custodian(s) supervision during travel. A member of the defense team must be present during all remote meetings. Defendant is not permitted to have unsupervised access to any electronic device during these remote meetings.
10. Defendant is permitted to access the back deck of the home and the garage and room above the garage, which shall be considered part of the home for purposes of the home incarceration condition. Access to other outdoor spaces on the property will be considered after at least a one-month track record of compliance is established.

AO 199C  (Rev. 09/08)  Advice of Penalties                                                    Page ___4___ of ___4___ Pages

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;

(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;

(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;

(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

## Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
Defendant's Signature

_____  Hartford, CT
City and State

## Directions to the United States Marshal

( X ) The defendant is ORDERED released after processing.

(    ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: _____7/15/2025_____          _____
                                            Judicia
                                        Sarala V. Nagala,
                                                        Prin

DISTRIBUTION:   COURT   DEFENDANT   PRETRIAL SERVICE   U.S. ATTORNEY   U.S. MARSHAL