UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

        v.                                 Crim. No. 3:25-CR-30 (SVN)(SDV)

JAMES SCHWAB                               August 29, 2025

## GOVERNMENT'S STATUS UPDATE
## AS TO DEFENDANT'S MOTION TO MODIFY

Pursuant to the Court's Order, Doc. 120, the Government provides this update about the inclusion of S.W. on the "no contact" list.

As noted in the hearings on this matter, the agents were provided with information from the IC3 database and from American Airlines concerning a fraudulent scheme involving the hacking of American Advantage Loyalty accounts by the above defendant and others associated with him. One person who had been the beneficiary of the scheme was S.W. In response to the Court's questions, we have sought additional information from American Airlines concerning S.W. We have learned that, on at least six occasions in 2024, tickets in her name were obtained. For some, she was the sole traveler; for others she was accompanied by other travelers associated with, and including the defendant. There were a variety of names, email addresses, phone numbers, and payment methods used to procure these tickets. We have reached out to American Airlines to get additional information about these names and items and are awaiting their response. We are also pursuing relevant information from other resources. At this time, our information is not complete.

1

We will update the Court as additional information is given to us.

Respectfully submitted,

DAVID X. SULLIVAN
UNITED STATES ATTORNEY

_____/s/_____

KAREN PECK
ASSISTANT UNITED STATES ATTORNEY
1000 LAFAYETTE BLVD., 10TH FLOOR
BRIDGEPORT, CT 06604
FEDERAL BAR NO. ct14959
Tel.: (203) 696-3000
Karen.peck@usdoj.gov

## CERTIFICATION

I hereby certify that on August 29, 2025 a copy of the foregoing was filed electronically, sent via e-mail to defense counsel, and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

_____/s/_____

KAREN L. PECK
ASSISTANT UNITED STATES ATTORNEY

2