UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| vs. | : | CRIMINAL NO. 3:25-CR-30 (SVN) |
| JAMES SCHWAB | : | November 25, 2025 |

## <u>MOTION TO TRAVEL</u>

The defendant, James Schwab, respectfully requests permission to attend two family events in the upcoming weeks: a annual holiday tradition with his family and a small family gathering to celebrate Mr. Schwab's brother's engagement.  Mr. Schwab's supervising probation officer in the Northern District of Georgia has no objections or concerns about Mr. Schwab attending either event.  Both the Connecticut United States Probation Office and the Government defer to the Court. In support of this motion, the defendant states as follows:

1. On July 15, 2025, this Court released Mr. Schwab on conditions of release.  ECF No. 83. Those conditions were modified on August 22, 2025, *see* ECF No. 121, and on October 29, 2025, *see* ECF NO. 137.  In the October 29 Order, the Court modified Mr. Schwab's location monitoring conditions from home incarceration to home detention, "meaning that defendant is restricted to his residence, except for employment, education, religious services, medical, substance abuse, or mental health treatment, attorney visits, court appearances, court-ordered obligations or other activities approved in advance by the Probation Office." *Id.*

2. Mr. Schwab has continued to be fully compliant with the conditions of release.  His supervising probation officer in the Northern District of Georgia reports no concerns about his compliance with the conditions imposed.

3. Mr. Schwab seeks leave of the Court to attend two family events in the upcoming weeks. First, on November 30, 2025, the day after Thanksgiving, Mr. Schwab seeks permission to attend a holiday event in a town near where he resides.  This event is an annual family tradition, and one that would require him to be out of the home for the afternoon and early evening.  The specific details concerning the location of this event and the time frame have been provided to the United States Probation Office and the Government.

4. In December, Mr. Schwab also seeks leave to attend a small gathering party to celebrate the engagement of Mr. Schwab's brother.  The specific location and other relevant details have been provided to the United States Probation Office and the Government.

5. Both events are family events where his parents would remain with him at all times.  Since his current conditions require Mr. Schwab to remain with at least one custodian at all times, Mr. Schwab's parents can only participate in these family events if Mr. Schwab is able to join them.  Otherwise, they cannot attend these events, which would include their son's engagement party.

6. Counsel has consulted with the United States Probation Officers in Georgia and Connecticut about these proposed requests.  Mr. Schwab's supervising officer in Georgia, Ben Heath, reports no concerns and has no objections.  United States Probation Officer Kaitlyn Wentz in the District of Connecticut defers to the Court.

7. Counsel has consulted with Assistant United States Attorney Karen Peck about the proposed requests, and she, too, defers to the Court.

WHEREFORE, the defendant respectfully requests that this motion be granted.  Counsel proposes that all other conditions remain in effect.

THE DEFENDANT,
James Schwab

Dated: November 25, 2025

/s/ Allison M. Near
Allison M. Near
Jacobs & Dow, LLC
350 Orange Street
New Haven, CT 06511
Phone: (203) 772-3100
Bar No.: ct27241
Email: anear@jacobslaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 25, 2025, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Allison M. Near
Allison M. Near

3