UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

UNITED STATE OF AMERICA             :     CASE NO.  3:25CR00030 (SVN)

VS                                                      :

ADAM IZA                                       :     APRIL 6, 2026

_____

**MOTION TO PERMIT DEFENDANT GREATER ACCESS TO DISCOVERY**

Pursuant to the Fifth Amendment to the United States Constitution and Rule 16 of the Federal Rules of Criminal Procedure, the defendant, Adam Iza, respectfully moves the Court to issue an order authorizing the Wyatt Detention Facility to allow him 10 hours per week to review discovery.

In support of this motion, the defendant states the following:

1.      On or about October 28, 2025 the defendant was charged pursuant to a Superseding Indictment with Conspiracy to Commit Hobbs Act Robbery, in violation of Title 18 U.S.C. §1951 (a); and Conspiracy to Commit Kidnapping, in violation of Title 18 U.S.C. §1201(c).

2.      The defendant is currently detained at Wyatt Detention Facility, and his trial is scheduled to commence on September 22, 2026.

3.      The case involves voluminous discovery, including multiple cellphone extractions, videos, and investigative reports.

4.      The Government has provided a copy of the discovery to the Wyatt facility so that the defendants who are detained there have an opportunity to review the evidence.  However, Wyatt limits the inmates to 3 hours per week of access to the material in a controlled setting.

This limited amount of time does not allow the defendant adequate time to fully review the voluminous material.

5.      Accordingly, the defendant seeks an order from the Court authorizing Wyatt to allow him additional time (10 hrs./week) to review the discovery in the case.

WHEREFORE, for the reasons stated herein, and for such other grounds that may be presented at a full hearing, the defendant hereby moves that his motion be granted.

Respectfully submitted,
The Defendant – Adam Iza


*/s/ William H. Paetzold*
William H. Paetzold
Paetzold Law Group
2230 Main Street
Glastonbury, CT  06033
Tel. (860) 657-2230
Federal Bar No.: ct10074


CERTIFICATION

This is to certify that the foregoing was filed electronically on April 9, 2026 to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.

*/s/ William H. Paetzold*
William H. Paetzold