

# Exhibit 1
## DISCOVERY EVIDENCE REVIEW LOG
### Donald W. Wyatt Detention Facility

WN 50902
REV 3/31/2025

| Detainee name (print): Iza, Adam | | | | Detainee number: | | |
|---|---|---|---|---|---|---|
| Date | Time In | Time Out | Discovery Evidence Reviewed | Detainee Reviewed (circle) | Detainee Signature | Staff Initials |
| 3/4/24 | 9:00 | 12pm | 1 thumbdrive | (Yes) No Refused | | MF |
| 3/18/24 | 9:15 | 12pm | 1 harddrive (grap) 2 thumb drive | (Yes) No Refused | | MO |
| 3/25/24 | 9:10 | 12pm | 1 harddrive (grap 2 thumbdrive | (Yes) No Refused | | ML |
| 4/1/24 | 9:15 | — | 1 harddrive, grap 2 thumbdrive (Dt content ust) | (Yes) No Refused | | ML |
| 4/1/24 | 1:14 | 4pm | 1 harddrive Group 2 thumbdrive | (Yes) No Refused | | ML |
| 4/8/24 | 9:20 | 12pm | 1 harddrive, Group 2 thumbdrive | (Yes) No Refused | | ML |
| 4/8/24 | 1:11 | 4pm | 1 hard drive Group 2 thumbdrive | (Yes) No Refused | | ML |
| 4/14/24 | 9:15 | 12pm | 1 harddrive, Group 2 thumbdrive | (Yes) No Refused | | ML |
| 4/15/24 | 9:01 | 12pm | 1 harddrive, Group 2 thumbdrive | (Yes) No Refused | | ML |
| 4/15/24 | 1:10 | | 1 harddrive, Group 2 thumbdrive | (Yes) No Refused | | ML |
| | | | | Yes No Refused | | |
| | | | | Yes No Refused | | |
| | | | | Yes No Refused | | |
| | | | | Yes No Refused | | |
| | | | | Yes No Refused | | |
| | | | | Yes No Refused | | |
| | | | | Yes No Refused | | |
| | | | | Yes No Refused | | |
| | | | | Yes No Refused | | |

**Forward the completed form to the Records Department for inclusion in the detainee's 6-part file.**