United States District Court
District of Connecticut
FILED AT  BRIDGEPORT

6/1/ _____ 20 26
Dinah Milton Kinney, Clerk

By _____
Deputy Clerk

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA      :

v.                            :      CRIM.NO.: 3:25 CR 30 (SVN)(SDV)

Adam Iza                      :
                              :
                              :

## CONSENT FORM

The defendant,                      , hereby consents to have a United States

Magistrate Judge hear the application and to administer the allocution pursuant to F.R. Crim.

P., Rule 11.

### CONSENTED TO:

DEFENDANT:  Adam Iza                          6/1/25
                                              Date

ATTORNEY FOR DEFENDANT:  _____        6/1/26
                         WILLIAM H. PAETZOLD  Date

UNITED STATES ATTORNEY
BY A.U.S.A.:  _____                   6/1/2026
                                              Date

Rev. 5/3/2011