UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ADAM IZA | Case No. 3:25-cr-30 (SVN)<br><br>September 4, 2026 |

MOTION FOR PERMISSION TO FILE UNDER SEAL

The United States of America respectfully requests permission for leave to file two exhibits to its Sentencing Memorandum, Government Exhibits A and B, under seal as "sealed documents" pursuant to Local Rule of Criminal Procedure 57.1(a). Redacted versions of these exhibits were filed on the public docket; the redactions are of personal identification information and potentially sensitive account information which might compromise those to whom this information pertains. In support of this motion, the Government submits that the sealing of these exhibits is essential to preserve compelling interests and is narrowly tailored to serve those interests. The Government has already provided copies of these exhibits to counsel for defendant Adam Iza.

Respectfully submitted,

DAVID X. SULLIVAN
UNITED STATES ATTORNEY

/s/*Karen L. Peck*
KAREN L. PECK
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No. CT14959
1000 Lafayette Boulevard, 10th Floor
Bridgeport, CT 06604
Tel: (203) 696-3000

**CERTIFICATE OF SERVICE**

I hereby certify that on September 4, 2026, a copy of the foregoing was filed electronically with the court and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the court's electronic filing system. Parties may access this filing through the court's system.

*/s/Karen L. Peck*__________
KAREN L. PECK
ASSISTANT UNITED STATES ATTORNEY