**UNITED STATES DISTRICT COURT**

**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NUMBER 3:25CR0030 (SVN) |
| vs. | : | |
| ADAM IZA | : | SEPTEMBER 5, 2026 |

**DEFENDANT'S SUPPLEMENTAL SUBMISSION RE: SENTENCING**

The defendant, Adam Iza, submits the following supplemental character letters for the Court's consideration concerning his sentencing.

Respectfully submitted,
The Defendant - Adam Iza

By: */s/ William H. Paetzold*

William H. Paetzold
Paetzold Law Group
2230 Main Street
Glastonbury, CT 06033
Tel. (860) 657-2230
Federal Bar No.: ct10074
bill@paetzoldlawgroup.com

**CERTIFICATION**

This is to certify that the foregoing was filed electronically on September 5, 2026 to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.

*/s/ William H. Paetzold*
William H. Paetzold