Dear Judge Nagala,

My name is Abdul Saud, and I live in Montréal, Québec, Canada. I am writing this letter in support of Adam Iza. I have known Adam for years, and I want to share something he did for me personally during a period of my life when I was struggling financially and having a difficult time finding work.

At that point in my life, things were not going well for me. I was looking for a job, but nothing seemed to be working out. At the same time, the bills didn't stop simply because I wasn't working. I was falling behind, and every week that passed made me more worried about what was going to happen.

My biggest concern was my rent.

It is difficult to explain the stress of not knowing whether you're going to be able to keep a roof over your head. I was trying to find work and get myself back on my feet, but in the back of my mind I was constantly thinking about how I was going to pay rent and what I would do if I couldn't.

I didn't want to depend on other people. I wanted a job. I wanted to be able to take care of myself and pay my own bills. I was applying and doing what I could, but I needed time for one of those opportunities to actually work out.

Adam knew what I was going through.

He could have simply told me to keep my head up or that things would eventually get better. Instead, he stepped in and helped me pay my rent.

I can't say that his help suddenly fixed every problem I had, because it didn't. I still needed to find a job, and I still had to figure out how to get myself into a better position. What Adam gave me was time and breathing room.

For a while, I could focus on finding employment without waking up every day wondering whether I was about to lose my housing.

That meant a great deal to me.

Adam wasn't responsible for my rent. He wasn't responsible for the fact that I couldn't find work. Those were my problems, not his. He simply knew that I was going through a difficult period and was in a position to help, so he chose to do it.

He also didn't make me feel ashamed about needing help. That mattered to me because when you're struggling financially, asking for assistance can be embarrassing. You already feel like you're falling behind everyone else. Adam never made me feel like I was less of a person because I was going through a hard time.

Eventually, I was able to move forward from that period of my life. Things improved, and I got back on my feet. But I have never forgotten who helped me when things weren't going well.

There is a certain kind of kindness that stays with you because it comes at exactly the moment when you feel like you're running out of options. Adam's help came at that kind of moment for me.

I understand that Adam is being sentenced for serious conduct. I am not writing this letter to excuse what happened, and I don't expect my experience with him to erase the decisions that brought him before the Court. I respect that the Court has information and circumstances before it that I do not have personal knowledge of.

I am writing because I believe my experience is also a real part of who Adam has been.

People are complicated. Someone can make serious mistakes while still having done meaningful good in the lives of other people. I don't believe acknowledging one requires pretending the other doesn't exist.

The Adam I personally knew was someone who saw me struggling and helped me without being obligated to do so. His decision made a real difference during a difficult period of my life.

I hope Adam has used his time away to think seriously about his life and the person he wants to become. I hope he remembers the times when he used what he had to make somebody else's situation better and understands that he can choose to live more of his life that way.

I also hope he understands the seriousness of the decisions that brought him here and that he never puts himself, his family, or anyone else through something like this again.

I believe Adam is capable of doing better with his life. I say that because I have personally experienced the good he is capable of doing.

When you determine Adam's sentence, I respectfully ask that you consider his generosity and compassion toward me and others as part of the complete picture of the person before you. I hope that, when appropriate, he will have an opportunity to rebuild his life, make better decisions, and prove through his actions that he learned from this experience.

Years later, I don't remember every detail of that difficult period of my life. But I remember the fear of not knowing whether I could pay my rent, and I remember the relief I felt when Adam helped me.

I haven't forgotten that, and I don't think I ever will.

Thank you for taking the time to read my letter and consider my experience with Adam.

Sincerely,

Abdul Saud
Montréal, Québec, Canada