Dear Judge Nagala,

My name is Faris Al-Hassan, and I live in Columbia, Missouri. I am writing this letter on behalf of Adam Iza because I want to tell you about the role he played in my life during a time when I was trying to find my place in a new country.

When I first came to America, I knew almost nobody.

I still remember those first few months very clearly. Everything around me felt unfamiliar. My English was limited, I didn't understand how many things worked here, and I was far away from the people, places, and routines that had always made me feel at home.

Things that probably seemed simple to everyone around me could become a whole problem for me. I could receive a letter in the mail and not understand what it was asking me to do. Making an appointment could make me nervous because I was afraid I wouldn't understand the person on the phone. Sometimes I didn't know where I was supposed to go or who I was supposed to ask.

It was frustrating because I wanted to be independent. I didn't want to constantly need somebody else's help. But there were many days when I felt completely alone and honestly wondered how long it would take before I stopped feeling like a stranger here.

Adam was one of the first people who changed that for me.

He helped me learn my way around and understand things that were completely new to me. If I received paperwork that I couldn't understand, he would sit down with me and explain what it meant. If I needed help making an appointment or figuring out where I needed to go, I knew I could call him. He introduced me to other people in the community and made an effort to make sure I wasn't trying to build an entirely new life by myself.

These weren't necessarily huge things individually, but when you're new to a country, the small things are sometimes what make the biggest difference.

I remember one time apologizing to Adam because I was embarrassed by how often I was asking him questions. I told him I felt like I was bothering him and that I didn't want him to think I expected him to do everything for me.

Adam laughed and told me, "Someone helped us when we didn't know. Now we help the next person."

I never forgot that.

What Adam did for me wasn't about giving me money. At that point in my life, he gave me something I needed much more. He gave me patience. He gave me guidance. Most importantly, he gave me the feeling that I wasn't alone in a country where I often felt like a stranger.

He never made me feel embarrassed because my English wasn't perfect. If I didn't understand something, he explained it again. He never acted like my questions were stupid, even when I thought they probably were. He treated me with respect at a time when I was still trying to find my confidence.

Little by little, things started to change.

My English improved. I started understanding how things worked. I became comfortable making my own appointments and handling paperwork myself. I learned my way around. I made friends and became part of a community. The things that once made me nervous slowly became normal parts of everyday life.

Eventually, America stopped feeling like a place I had simply arrived in and started feeling like my home.

And eventually, I stopped needing to call Adam so much.

Looking back now, I think that is what makes what he did for me so meaningful. He didn't just solve one problem for me and walk away. He helped me through that period of my life until I became confident enough to solve those problems myself.

Years later, I sometimes meet people who have recently arrived in this country. I can recognize the nervousness in them because I remember having it myself. I understand what it feels like to nod along even when you don't completely understand something because you're embarrassed to keep asking questions.

When I meet someone like that and they need help, I try to give them the same patience Adam gave me.

Sometimes I'll explain something that seems obvious to me now, and I remember that years ago it wasn't obvious to me at all. Somebody had to take the time to teach me.

In that way, what Adam did for me never really ended with me. The patience he showed me became something I learned to show other people.

I understand that Adam is now before the Court because of serious decisions and circumstances that I had nothing to do with and cannot speak about. I don't know everything the Court knows, and I would never pretend that my experience with Adam excuses decisions he made elsewhere in his life.

I can only tell you about the Adam that I personally knew.

When I didn't understand something, he never made me feel stupid.

When I felt embarrassed to ask for help, he never made me feel like a burden.

And when I felt like a stranger here, he treated me like I belonged.

I hope Adam has spent his time away thinking about the person he wants to be when this chapter of his life is over. I hope he remembers that he is capable of having a positive influence on another person's life because he had one on mine.

Years have passed since I was that person who was nervous about making a phone call or opening a letter I couldn't understand. My life is very different now. I am more confident, more independent, and much more comfortable in the country I now call home.

But I still remember what those first months felt like.

More importantly, I remember who answered when I needed someone.

As you consider Adam's sentence and his future, I respectfully ask that you consider this part of him as well. I hope that at the appropriate time he is given an opportunity to return to his family and community, make better decisions, and once again be the kind of person who helps someone else find their footing.

There is a person living a more confident and independent life today because, years ago, Adam decided that someone new to this country shouldn't have to figure everything out alone.

For that, I will always be grateful to him.

Thank you for taking the time to read my letter and consider my experience.

Sincerely,

Faris Al-Hassan
Columbia, Missouri