Kareem Abbas
Los Angeles, California

Honorable Sarala V. Nagala
United States District Judge
United States District Court
District of Connecticut

Re: Adam Iza

Dear Judge Nagala,

My name is Kareem Abbas, and I live in Los Angeles, California. I have known Adam for several years. I wanted to write to you because there is something Adam did for my family years ago that I still think about today, especially when I think about the kind of person I have known him to be.

A few years ago, my father passed away unexpectedly. Nothing really prepares you for losing a parent, especially when it happens suddenly. I was grieving myself, but at the same time, I felt like I had to hold everything together for my family. My mother was devastated and depending on me, there were funeral arrangements that had to be made, and the expenses were becoming more than I knew how to handle.

I remember feeling completely overwhelmed. I was trying to be strong around my mother, but privately, I was worried about how I was going to take care of everything. There were so many things happening at once that I didn't really have time to process losing my father.

When Adam found out that my father had passed away, he came to see me. I remember sitting with him and talking about everything that was happening. I told him how stressed I was and how worried I was about my mother. I wasn't asking Adam for money. Honestly, I wasn't expecting anything from him other than having a friend there to listen to me.

Before Adam left, he asked me how much was still owed for my father's funeral. I told him, but at the time, I didn't think much about why he was asking.

Not long afterward, I found out that Adam had taken care of the remaining funeral expenses himself.

I immediately called him. I was shocked and emotional and didn't really know what to say. I kept trying to thank him. What I remember most was Adam basically telling me, "Take care of your mom. You have enough to worry about."

That has stayed with me all these years.

There were many people who reached out when my father died. They offered condolences and told me they were sorry for my loss, and I appreciated every one of them. Adam was different because he saw something my family was actually struggling with and stepped in to help without me ever asking him to.

The financial help obviously mattered, but it was more than the money. At that point in my life, I felt responsible for everything. I was worried about my mother, the funeral, the bills, and how I was supposed to keep everything together. Having one major burden suddenly taken off my shoulders allowed me to stop worrying about money for a little while and focus on my mother and the rest of my family.

My mother has never forgotten it either. Years have passed, but she still remembers what Adam did for us. There are certain things people do for you during the hardest moments of your life that stay with you forever. For my family, this was one of those things.

I understand Adam is before the Court because of serious circumstances. I am not writing this to minimize that or to tell the Court how it should view his case. I wasn't there, and I can't speak about events I didn't witness or circumstances I don't personally know.

What I can speak about is my own experience with Adam.

The person I knew was someone who saw his friend struggling and helped without being asked. He didn't announce what he was doing, and he didn't expect recognition or anything in return. He simply saw that my family needed help and did something about it.

I know that one story cannot define an entire person. At the same time, I don't believe any person can be completely understood by only one part of his life. I hope my experience gives the Court another piece of who Adam has been outside of this case.

As you consider Adam's future, I respectfully ask that you keep in mind that there are people outside the courtroom who have experienced his kindness firsthand. My family is one of them.

What Adam did may have been one moment in his life, but it happened during one of the most painful moments in ours. I will always remember that he was there when my family needed someone.

My mother still remembers what he did for us.

So do I.

Thank you for taking the time to read my letter and consider what I have shared.

Respectfully,

Kareem Abbas
Los Angeles, California

Kareem