Dear Judge Nagala,

My name is Mohamed Al-Obaidi, and I live in Michigan. I am writing on behalf of Adam Iza. I have known Adam for a number of years through our mosque and community, and during that time I had the opportunity to see a side of his character that I believe is important for the Court to know as you consider his sentence.

Adam was known in our community for being generous. His support went beyond simply making an occasional donation to the mosque. He regularly contributed and was someone we could approach when we knew that a person or family in our community was facing genuine hardship.

Over the years, there were families who found themselves struggling financially and needed help with ordinary necessities. There were also people who needed more consistent assistance to get through particularly difficult periods. Adam helped us raise money for families in need, and he provided monthly financial assistance to individuals who were struggling.

What stood out to me was that Adam was willing to help with the problems that affected people's everyday lives. When someone was having difficulty meeting basic expenses or a family suddenly found themselves in a difficult situation, he didn't always wait for somebody else to take responsibility. When he had the ability to help, many times he simply did.

I witnessed that generosity on more than one occasion, and that is why it left such an impression on me.

In a close community, you learn that charity is not always something large or public. Sometimes it is helping a family that is embarrassed to ask for assistance. Sometimes it is making sure somebody can get through a difficult month or helping a person who has fallen behind get back on his feet. Adam was willing to provide that kind of help.

He did not have an obligation to take on other people's financial problems. He chose to help because he was in a position to do so.

There are people and families who still remember that support because it made a meaningful difference to them. These acts may never have been known outside of our community, but they mattered greatly to the people receiving the help.

I understand that Adam is before the Court because of serious circumstances and decisions he made. I do not write this letter to excuse those decisions, minimize their seriousness, or suggest that charitable acts remove accountability. I respect the responsibility the Court has to consider everything before it.

My purpose in writing is simply to share what I personally witnessed so that the Court can consider a fuller picture of the person I came to know.

A person's worst decisions can be part of his story without being the entirety of his character. The Adam I knew through our community was also capable of compassion, generosity, and meaningful service to people who needed help.

I believe those qualities matter because they show me that Adam has the capacity to contribute something positive with his life.

Adam has now spent a significant amount of time incarcerated. I sincerely hope he has used that time to reflect on his decisions, their consequences, and the direction he wants his life to take from this point forward. I hope this experience has caused him to appreciate his freedom, his family, his community, and the responsibility that comes with the choices he makes.

I also want the Court to understand that my letter reflects more than my own appreciation for Adam. There are families and individuals in our community who benefited from his generosity throughout the years. Some may never have an opportunity to write a letter themselves, but the help they received was real, and so was the difference it made in their lives.

For these reasons, I respectfully ask that you consider Adam's history of generosity and service along with all of the other information before the Court. I ask that you consider showing him mercy and, when you believe the time is appropriate, giving him an opportunity to rebuild his life and demonstrate through his actions that he can choose a better path.

I sincerely hope Adam takes everything that has happened as a turning point. He has already shown that he is capable of helping people. My hope is that going forward he uses that ability to bring something positive to his family, his community, and the people around him.

Thank you for taking the time to read my letter and for considering my perspective as someone who has known Adam through our mosque and community.

Respectfully,

Mohamed Al-Obaidi
Michigan