Dear Judge Nagala,

My name is Marcus Bennet, and I live in Texas. I am writing because I have known Adam for years, and I feel like I should say something about the person I have personally known him to be.

Adam has helped me more times than I can count. Out of all those times, one situation has always stayed with me because his help made a real difference in my everyday life.

There was a period when I was trying hard to work and get myself into a better position, but I didn't have reliable transportation. It was becoming a serious problem for me. Getting back and forth to work was difficult, and something as basic as making it to a shift became stressful. I was trying to do what I was supposed to do and stay consistent with work, but not having a dependable car made everything harder than it needed to be.

Adam knew what I was dealing with. I didn't go to him asking him to solve the problem for me, and I wasn't expecting him to. He just saw that I was trying to work and move forward with my life, and he decided to help.

Adam helped me finance a car so that I could have reliable transportation.

That might not seem like a huge thing to everyone, but it was huge to me. Having a dependable car meant I could get myself to work without constantly worrying about finding a ride or wondering whether I was going to make it. It gave me independence and took away a problem that had been holding me back.

What I remember most is that Adam didn't make a big deal about helping me. My transportation situation wasn't his responsibility. He didn't owe me anything. He saw his friend trying to get somewhere in life and was in a position to help, so he did.

That's the kind of person I've known Adam to be.

The car wasn't the only time he helped me. Over the years, there have been other situations where Adam was there for me, sometimes financially and other times simply as a friend. I've seen that when Adam cared about somebody and had the ability to help them, he usually did. He wanted the people around him to do well.

I don't want this letter to sound like I'm claiming Adam has never made mistakes. I understand that he is before the Court because of serious decisions and circumstances. I'm not in a position to speak about the details of his case, and I'm not trying to make excuses for him.

I just don't want the circumstances that brought him here to be the only thing that defines his entire life.

I can only tell you what I personally experienced. When I needed help getting myself into a position where I could reliably work, Adam helped me. He didn't have to do it, and he didn't expect anything from me afterward. His generosity had an actual impact on my life.

I hope the time Adam has spent away has made him think differently about his future and the choices he makes. I hope he understands how much his decisions affect not only himself but also his family and the people who care about him.

I believe Adam still has a lot of good he can do with his life. I've personally seen that side of him. I hope that moving forward, he chooses to put his energy into helping people, supporting his family and friends, and building something positive with his life.

I respectfully ask that when the Court determines Adam's sentence, you consider the person he has been to people like me along with everything else before you.

Thank you for taking the time to read this and for considering what I had to say about my friend.

Sincerely,

Marcus Bennet
Texas