UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SAIF FAIQ | Case No. 3:25-cr-30 (SVN)<br><br>October 23, 2026 |

MOTION FOR PERMISSION TO FILE UNDER SEAL

The United States of America respectfully requests permission for leave to file an exhibit to its Sentencing Memorandum under seal as a "sealed document" pursuant to Local Rule of Criminal Procedure 57.1(a). The exhibit includes sensitive law enforcement information, and its public disclosure could endanger the safety of persons discussed within. In support of this motion, the Government submits that the requested sealing is essential to preserve compelling interests and is narrowly tailored to serve those interests. The Government will provide a copy of the exhibit to counsel for defendant Saif Faiq.

Respectfully submitted,

DAVID X. SULLIVAN
UNITED STATES ATTORNEY

/s/*Karen L. Peck*

KAREN L. PECK
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No. CT14959
1000 Lafayette Boulevard, 10th Floor
Bridgeport, CT 06604
Tel: (203) 696-3000

**CERTIFICATE OF SERVICE**

I hereby certify that on October 23, 2026, a copy of the foregoing was filed electronically with the court and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the court's electronic filing system. Parties may access this filing through the court's system.

*/s/Karen L. Peck*__________
KAREN L. PECK
ASSISTANT UNITED STATES ATTORNEY